Doc # C07 3661 SI (PP)

FILED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 19, 2007 in Calipatria state Prison i was seen By I.C.C mr. Janda A-W cal IV and H mr. J. Brown correctional counselor and other I.C.C members. About my 812/ enemy list Being mishandled by C.D.C staff upon me returning to C.D.C 2005 may 25, 2005 S.Q. I.G.I mr. Palmer refused violation of my 3378/ title 15 and in 11/27/06 mr. Spands L.T and mr. Hillison correctional counselor P.V.S.P refused same Rules in Title 15 3378. 812/ confidential and non confidential Enemy list safty/sed issue. And my Enemy list Being Deleted from old D-30707 C.D.C Number and Refusal to update my Enemy list in two prisons shows the intent and intentionally misconduct. I spoke to mr. Janda A.W. CAL IV and His Response was i now you got law suit on us Pointed to His name plate on I.C.C Table. I wrote 602 Appeal on safty/sed issues and liability do to me informing Acting Warden of Cal. IV it was screened out Do to staff involved. on 1/09/08 i reported A federal law violation my legal court complaint and sentencing Doc and Abstract of Judgement was attached to a 2 month old 602 form not signed as federal law Regarding legal mail and title 15 Rules Regulation. act was done misconduct 1858 form 602 on miss Armstrong correctional Guard A-S , Cal IV State Prison

Doc.# C073661 SI(PR)

1  Appeal log # CAI-A-08-00081  JAN. 15, 2008 Re-
2  viewer: AW A/B filed under Citizens complaint 1858
3  CDC form enclosed [Peace officer misconduct] Received
4  memoranda 1/15/08 Appeal Dated 1-4-2008 By Inmate
5  Appeals office on 01/10/08. Reviewed By Appeals
6  Coordinator and Cheif Deputy warden. statement such
7  as Although Does not meet criteria for staff com-
8  plaint it Has Been issued By AW A/B at the first
9  level Review as mail issue. Do to use 1983 and liability
   (cont.)
10 Do to 1858 form citizens complaint and penal code
11 148.6, is my right to file misconduct By miss
12 Armstrong Correctional Guard CAI. IV A-5. Ad Seg unit,
13 my legal mail was given to me with a 2-month old
14 602 form [Court transcripts - Abstract of Justice - Sentenc-
15 ing form legal Court papers] not C.D.C Documents.
16 is a federal law violation By Correctional Guard miss.
17 Armstrong CAI IV A-5. This misconduct was Reported
18 on Appeal and citizens complaint form! meet criteria
19 for staff misconduct. Do to past issues with C.D.C +
20 Reprisals taken my Safty and sec. Jepardiced with Intentionally
21 By C.D.C staff Refere to: Northern District Court San Fransisco
22 Doc # C073661 SI(PR) law suit complaint on C.D.C !
23 my legal mail was [not - signed] for that I requested
24 from court on Dec 4 2007 Received letter Rec Dec 11 2007 and
25 still till this Date [never] Received Court transcripts
26 instead Received it opened with attached 2-month old 602
27 form. By Correctional Guard miss Armstrong CAI IV A-5
28 federal violation and safty Issue ~~Jepardice~~ By this misconduct,

Doc. # C073661 SI(PR)

1  on 7/13/07 i arrived to Calipatria state prison from
2  pleasant Valley state prison on 7/13/07 on Reprisals from
3  law suit filed on 7/10/07 Doc# C073661 SI(PR) Northern
4  District court San Fransisco CAL. However on 7/19/07 I
5  went to I.C.C classification com. MR. Jada A.W Cal IV
6  was Acting warDen counselor MR. Brown A-S Cal IV
7  I tryed to Imform A.W MR. Jada CAL IV of Safty &
8  issues Regarding His C.D.C Staff, towards me and my
9  family. Told Mr. Jada A.W Cal IV of San Quentin state
10 prison criminal conduct and pleasant Valley state prison
11 criminal conduct Refere to law suit complaint Doc# C073661
12 SI(PR) Told Him of MR. Brown A-S-Counselor Refusal to
13 correct my enemy list 812, comfidentual and non Confid
14 entual file professionally. Told MR. Brown threats of
15 setting me up? By C.D.C IN San Quentin & of use of enemys !
16 All my enemys was not on [812-Cenfidual file] or [non-cen
17 fidual file] Some MR. Brown put on and some He wrote
18 unknown which left my safty and life in Jepordy
19 By C.D.C Employee's and caused me & my Kids & mother, family
20 [great] Emotional stress and problems in our [life] By C.D.C
21 Employee's use of state Job for Reprisals, and attempts
22 on my life [with use of state Job] MR. Brown was relocated
23 Miss, Brown African female that I got problems with
24 was assigned to A-S- CAL IV counselor, possition, Her
25 Refusal and attitude towards me and lie's led Her
26 to write fake memo to Hide Her and C.D.C criminal acts
27 she not only refused to update locate any enemys she
28 wrote fake Documents and put unknowns on Record to

Doc.# 3073661 SI(PR)

1. Hide the part in this criminal misconduct By CDC
2. employee: Miss Brown A-S- Cal III correctional counselor
3. spoke to my mother miss. C. Rodriguez and comments
4. was Do to past problems with Distroying personal
5. package and Denied visiting on 9-3-06 at S.Q.S.P
6. and Cal IV Calipatria sending T.V Back for no reason
7. Refere to Director: Corrections memo, March 12, 2007
8. Regarding T.V's for All Ad seg inmate's. With all
9. Cival Rights violation and problems [not] to send me money &
10. nothing Here Cal IV, To send whatever to other prison
11. when I transfere. Also Do to my Sons mother Dateing
12. a correctional Guard Mr. Rodriguez M.C.S.P Before
13. me that led to threats of setting me up putting
14. me Back in prison in years of 1996-1997 thru telephone.
15. Refere to log# Doc. C073661 SI(PR) San Fransisco Northern
16. District Court All these federal law violations state
17. violations and misconduct led to: law suite/complaint
18. Do to use of [Job from prison to prison] is Serious
19. and when Done on "Reprisals" and use of State Job is
20. Criminal. and Damageing to [me] and [family]. I attempted
21. to use Appeal procedures could NOT get Response on second
22. level? Do to seriousness that can led to safty/Sec.
23. and Harmful situation! Requires court interventions
24. soon as possible.
25.
26.
27.
28.

# V-79678

**NOTICE OF CRITICAL CASE INFORMATION - SAFETY OF PERSONS (Non-Confidential Enemies)**
CDC 812 (8/01)

This non-confidential form is used to document inmates/parolees or potential inmates who should be kept separate and inmates/parolees suspected of affiliation with a prison gang or disruptive group. If an inmate/parolee is identified with a prison gang, a Notice of Critical Information - Prison Gang Identification (Form 812-A) shall also be completed. A form CDC 812-B shall be completed on Disruptive Group Affiliates. Indicate "NONE" under CDC number and/or group section if there are no enemies and/or gang concerns. Refer to CCR 3378 for additional information.

| NON-CONFIDENTIAL ENEMIES | | | DATE COFQ 11-2-06 | DATE COFQ 4/5/06 | DATE COFQ 1-2-07 | DATE 1/19/07 | DATE 5/16/07 | DATE 7/18/07 |
|---|---|---|---|---|---|---|---|---|
| CDC NUMBER | PRINT NAME | PRIMARY SUPPORTING DOCUMENTATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION |
| F22274 D39328 | Romero | YA Archive 10-9-86 128B 8-25-05 | SQ | SQ | SQ | Reg-2 | Reg 2 | Reg-II |
| E28255 | Martinez | Memo 9-12-99 | Reg 2 | Reg-2 | Reg 2 | Reg-2 | Reg 2 | Reg-II |
| Y39920 | Rodriguez | YA Archive 10-9-86 | UTL | UTL | UTL | UTL | UTL | UTL |
| J63638 | MARTINEZ | RoR 128-B 12/29/06 | | PVSP FA-2A | PVSP A4-246 | PVSP A4-246 | PVSP A4-246 | PVSP |
| T12637 | Luna | 128B 12-29-06 | | | PVSP A5-202 | A5-202 | PVSP A5-209 | PVSP |
| H83489 | Abolencia | 128B 12-29-06 | | | SVSP | SVSP | SVSP | SVSP |
| UNKNOWN | Malo | 128B 12-29-06 | | | UTL | UTL | UTL | UTL |
| UNKNOWN | CABBRILLO LARRY | 128-B 7/18/07 | | | | | | UTL |
| UNKNOWN | Bertillo | 128-B 7/18/07 | | | | | | UTL |
| UNKNOWN | CLEMENTE | 128-B 7/18/07 | | | | | | UTL |
| UNKNOWN | GARCIA, E | 128-B 7/18/07 | | | | | | UTL |

**DELETION OF PRIOR ENEMIES**

| CDC NUMBER | PRINT NAME | DOCUMENT DELETING ENEMY ISSUE | DELETE DATE | PRINT NAME, TITLE, INST/REGION, INITIALS OF PERSON DELETING |
|---|---|---|---|---|
| | | | | |

**SUSPECTED GANG AFFILIATION**

| | GANG | TYPE OF AFFILIATION (MEMBER/ASSOCIATE/DROPOUT) | DATE | PRIMARY SUPPORTING DOCUMENTATION |
|---|---|---|---|---|
| DISRUPTIVE GROUP | | | | |
| PRISON GANG | Northern Structure | Dropout | 8-21-06 | 128B |
| COMMENTS | | | | |

**STAFF COMPLETING UPDATE**

| PRINT NAME AND WRITE INITIALS | TITLE | INSTITUTION/REGION | DATE |
|---|---|---|---|
| F. RUE | CCI | PVSP | 11-2-06 |
| H ALLISO | CCII | PVSP | 12/5/06 |
| M Davis | CCIIA | PVSP | 1-2-07 |
| D STOUT | CCII | PVSP | 5/16/07 |
| D. BROWN | CCI | Cal Southern | 7/18/07 |

| CDC NUMBER | INMATE'S PAROLEE'S NAME | | PAGE 1 OF 1 |
|---|---|---|---|
| V79678 | ABUNDIS | | |

Dear, Clerk

My name is STEVE ABUNDIS #V-79678 I'm currtly in Calipatria State Prison, I'm Requesting my Complete Transcript on the Case in Hayward court on 6-16-03 That i received 24 Years 6 month 85%. I'm thankful for Your help i'm currenly with out funds. But, need complete transcript for legal puspeds's.

"Respectfully"

Steve Abundis

C.D.C # V-79678

P.O. Box. 5004
Calipatria, Cal.
92233-5004

Mr. Steve R. ABUNDIS V79678
P.O. Box 5004  AS-130L
Calipatria State Prison
Calipatria, Cal.
92233-5004

confidential legal
mail #3-of-4

1.15.08

29 JAN 2008 PM 8
USA 41

THIS MAIL GENERATED FROM
CALIFORNIA ...

Office of Clerk U.S. Northern Dist.
Court
Northern District of California
450 Golden Gate Avenue
San Fransisco, CAL.
94102

Part of complaint
Dod + C073661 SI(pr)