## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE ABUNDIS, V79678
Current Housing: FA0500000000137L

Date: January 15, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CAL-A-08-00081

ASSIGNED STAFF REVIEWER: AW A/B
APPEAL ISSUE: MAIL
DUE DATE: 02/26/2008

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Inmate ABUNDIS, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

Appeals Coordinator
Appeals Staff
Calipatria State Prison

*[Handwritten notes in margins: "Doc.# CO7 3661 SI(PR)", "602 Appeal form missing"]*

W c # C073661 SF (PR)
I/m

**STATE OF CALIFORNIA**
**RULES VIOLATION REPORT**    804 TO RECORDS    **DEPARTMENT OF CORRECTIONS**

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | ERD 4/29/27 | CAL-CSP | A5-137L | 08-07-A5-001 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR§ 3005 (b) | DISOBEYING A DIRECT ORDER | FA HU 5 | 08-23-07 | 1300 hours |

**CIRCUMSTANCES**
On Thursday, August 16, 2007, at approximately 1330, while performing my duties as AD-SEG S&E, I approached cell A5-137L solely occupied by Inmate ABUNDIS (V-79678) and ordered him to prepare to be released to D Facility (SNY) per ICC directive. Inmate ABUNDIS said that he would not go. I gave ABUNDIS a direct order to go to Facility D, he refused stating, "I'm not going." Inmate ABUNDIS is aware of this report. Inmate ABUNDIS is not a participant in the Mental Health Services Delivery System (MHSDS).

REPORTING EMPLOYEE (Typed Name and Signature): R. WIDMANN, Correctional Officer    DATE: 8-30-07    ASSIGNMENT: AD-SEG S&E    RDO'S: FRI/SAT

REVIEWING SUPERVISOR'S SIGNATURE: G. L. LOHMANN, Correctional Sergeant    ☐ INMATE SEGREGATED PENDING HEARING

CLASSIFIED: ☐ ADMINISTRATIVE  ☐ SERIOUS    CLASSIFIED BY (Typed Name and Signature): R. DAVIS, LT.    HEARING REFERRED TO: ☐ HO  ☒ SHO  ☐ SC  ☐ FC

COPIES GIVEN INMATE BEFORE HEARING

CONTINUED RVR ON PART "C"

FERRED TO ☐ CLASSIFICATION  ☐ BPT/NAEA

TION BY: (TYPED NAME) D. GONZALES, Correctional Lieutenant    DATE: 9/6/07    TIME: 1310

VIEWED BY: (SIGNATURE) R. MADDEN, FAC. "A" CAPTAIN (A)    DATE: 9-17-07    CHIEF DISCIPLINARY OFFICER'S SIGNATURE: G. JANDA, AW-A&B

COPY OF CDC 115 GIVEN INMATE AFTER HEARING

C 115 (7/88)

DCC # C07-3661 SI (pr)

# STATE OF CALIFORNIA
## RULES VIOLATION REPORT

**DEPARTMENT OF CORRECTIONS**

804 TO RECORDS _____ / ___ / ___

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | | CAL-CSP | A5-137L | 08-07-A5-001 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR§ 3005(B) | DISOBEYING A DIRECT ORDER | A5-137L | 08-23-07 | 1300 hours |

**CIRCUMSTANCES**

On Thursday, August 23, 2007, at approximately 1300, while performing my duties as AD-SEG Correctional Lieutenant, I approached cell A5-137L solely occupied by Inmate ABUNDIS (V-79678) and ordered him to prepare to be released to D Facility (SNY). Inmate ABUNDIS said that he would not go. I gave ABUNDIS a direct order to go to Facility D, he refused stating, "They are not abiding by the hardship transfer procedures, so I can't go."

Inmate ABUNDIS is aware of this report. Inmate ABUNDIS is not a participant in the Mental Health Services Delivery System (MHSDS).

**REPORTING EMPLOYEE** (Typed Name and Signature): R. NELSON JR, Correctional Lieutenant
**ASSIGNMENT:** AD-SEG Correctional Lieutenant
**RDO'S:** Sat/Sun

**REVIEWING SUPERVISOR'S SIGNATURE:** F. Castaneda, Correctional Sergeant

**CLASSIFIED BY** (Typed Name and Signature): R. DAVIS, LT.

**COPIES GIVEN INMATE BEFORE HEARING**
☒ CDC 115

**HEARING**

CONTINUED RVR ON PART "C"

**ACTION BY** (TYPED NAME): D. GONZALES, Correctional Lieutenant

**REVIEWED BY** (SIGNATURE): E. MADDEN, FAC. "A" CAPTAIN (A)

**CHIEF DISCIPLINARY OFFICER'S SIGNATURE:** G. JANDA, AW-A&B

CDC 115 (7/88)

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE         CANARY - WARDEN
BLUE - INMATE (2ND COPY)     PINK - HEALTH CARE MGR
GREEN - ASU                  GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| ABUNDIS | V-79678 |

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[ ] ENDANGERS INSTITUTION SECURITY       [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On July 13, 2007, you were housed in Ad-Seg following your arrival from Northern Kern State Prison due to no available bed space. On July 31, 2007, sufficient bed space was available to re-house you on Facility D (SNY). However, you refused to leave, citing enemy concerns which could not be verified. Based on this information, you will be retained in Ad-Seg pending review of your program and housing needs. As a result of this retention, your Custody Level, Privilege Group, Work Status and Visiting Status are subject to change. You have a GPL greater than 4.0, and are not a participant in the MHSDS at any level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 07-31-07 | R. NELSON | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 7/31/2007 | 1320 | | | C/O |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

#### STAFF ASSISTANT (SA)     INVESTIGATIVE EMPLOYEE (IE)

| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [X] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | | | | |

Any "NO" requires SA assignment     Any "NO" may require IE assignment
[X] NOT ASSIGNED                    [X] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE     INMATE SIGNATURE     DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY ___  [X] RETAIN PENDING ICC REVIEW  [X] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

Retain pending ICC. Im presents a threat to the safety and security of the institution.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | Capt. | 8-1-07 | 1105 | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|

See chronological Classification Review document (CDC 128 - G) for specific hearing information

833-15 ~FORWARD~MARCH~ CAL-IV Emergency-602

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED CAL APPEALS JUL 25 2007
RECEIVED JUL 23 2007

Location: Institution/Parole Region _____ Log No. _____ Category _____
1. _____ 1. _____
2. _____ 2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ABUNDIS | V-79678 | ASU - | ASU-1-37 |

A. Describe Problem: On 7/19/07 went to I.C.C A.W., M.E., JADA Refused my safty concerns do to title 15, Requested I.G.I. do to Attepted set up by C.D.C. SQ.S.P/PV.S.P/CAL IV as reprisales to law suit and complaint filed. Do to safty concerns and refusal to see who deleted my enemys off 812 list, Achives and New Number. This is part of my law suit this criminal conduct Has become a serious legal issue.

If you need more space, attach one additional sheet.

B. Action Requested: to Retain IN AD-SEG Do to Safty concerns and condinued set up with enemys By C.D.C. By use of A state Job mace this serious. Emu unit warden to Audits.

Inmate/Parolee Signature: Ste Abundis    Date Submitted: 7/19/07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

**SCREENED OUT** AUG 0 1 2007

STATE OF CALIFORNIA  
CDC 887 (10/89)

DEPARTMENT OF CORRECTIONS

# NOTICE OF VISITOR
## APPROVAL/DENIAL/TERMINATION/SUSPENSION

ORIGINAL: Visiting File  
COPY: Inmate  
COPY: Visitor

TO: (Inmate's Name) **Abendis**  
CDC NUMBER: **V79678**  
INSTITUTION: **SQ**  
UNIT: **1C13**

REGARDING: (Name of Prospective Visitor) **Christina R. Rodriguez**

THE PERSON IDENTIFIED ABOVE HAS REQUESTED APPROVAL TO VISIT WITH YOU. HIS/HER REQUEST HAS BEEN:

☐ APPROVED. It is your responsibility to inform your visitor.

☐ DISAPPROVED. Visiting has been disapproved for the following reason(s):

☐ INCOMPLETE OR FALSIFIED VISITING QUESTIONNAIRE.

☐ SECURITY RISK

☐ EX-FELON WITHOUT APPROVAL OF WARDEN AND CASE SUPERVISOR

☐ OTHER _____

Your prospective visitor was notified on _____ DATE _____ of the reason for denial.

VISITING WAS DENIED ON **9-3-06** DATE FOR THE FOLLOWING REASON(S):

☐ IDENTIFICATION NOT ACCEPTABLE  
☐ UNDER AGE 18 AND NOT ACCOMPANIED BY AN APPROVED ADULT VISITOR.  
☐ BRINGING CONTRABAND ON INSTITUTION GROUNDS  
☐ INAPPROPRIATE CLOTHING  
☐ REFUSED TO SUBMIT TO REQUEST FOR SEARCH OF PERSON OR POSSESSIONS.  
☑ OTHER **Arrived late for appt. C/O TYNES**

VISITING WAS TERMINATED ON _____ DATE _____ FOR THE FOLLOWING REASON(S):

☐ VISITING AREA AT MAXIMUM CAPACITY  
☐ UNSUPERVISED CHILDREN  
☐ OTHER  
☐ UNACCEPTABLE BEHAVIOR  
☐ VISITOR  
☐ INMATE

Termination of visit was made by _____ NAME OF OFFICIAL _____ on _____ DATE _____

PERMISSION TO VISIT WAS SUSPENDED ON _____ FOR: _____

☐ BRINGING CONTRABAND ONTO INSTITUTION GROUNDS.

☐ OTHER (Specify): _____

The suspension will expire on (Date) _____ after which time the visitor may reapply by writing the Warden. Visitors may appeal any action taken above by writing a letter to the Warden of this institution.

91 91298

Mr. Steve Abundis #V59678
P.O. Box 5007 A-5-137 L
Calipatria State Prison
Calipatria Cal
92233-5004

THIS MAIL GENERATED FROM
CALIPATRIA STATE PRISON

Confidential Legal
Con mail *
# 2 - of

Office of clerk U.S. Northern District
court
Northern District of California
450 Golden Gate Avenue
San Francisco Cal.
94102

1-15-08

RECE'D
JAN 31
RICHARD W.
CLERK, U.S. DIS
NORTHERN DISTRICT

PART OF complaint
Doc.# C073661 SI (PR)