Doc #
C07 3661 SI(PR)

FILED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Lots of* Hugs + Kisses       July 20-2007

Hi my son, sorry its taking me so long to write u, but not for one second of the days-months-yes gone by that I havent though about you your my son, and your in my heart has long has I live, even longer than that for eternity don't worry your mom is doing better Look 😊 but for 💗 Love ya, my BaBy Boy Always!

going to move in a big way in our family its about time don't you think, I seen your step-dad he says to say hi to you that he loves you, and that his sorry for everything! well my son I can't exactly tell you everything that has been happening only thats things are getting back to normal slowly, but God is with all of us. I don't know exactly what is going on there I called and you were not no longer there why? I called to see if I could try to send the T.V. and now I don't know when? your box was opened by me and NaNa $260.00 + some every thing was all tore up! but we →

NaNa she's having some health problems but we all know the strength in prayer right my precious son, I know God is →

Doc # C07 3661 SI (PR)

To: correctional officer Evans.
property officer?

STATE OF CALIFORNIA                                                                                                   DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region      Log No.      Category
1. _____     1. _____     _____
2. _____     2. _____     _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Steve Abundis     NUMBER: V-79678     ASSIGNMENT: Ad-seg. 15-Min T.V.     UNIT/ROOM NUMBER: 1-C-13

A. Describe Problem: On 7-22-06, The writer's family purchase a 30 pound package from vendor; Access Secure P.O. Box 50028 Sparks NV (89435-0028). Note: The package has been at San Quentin State prison "PNR" for over 30 days. [Problem]: On June 6, 2006 I asked officer Evans, "from my understanding" I am entitled to a year package, as RC-mainline inmates are; "Quote Response" of Evans "yeah I'll go check your records and get you a access form"? see CCR title 15 § section 3001.

If you need more space, attach one additional sheet.

B. Action Requested: 1. Writer request that my property be investigated by the "Warden" of this department. 2. That the Dept of S.Q.S.P. be fully subject to CCR title 15 § section 3193 sub b. 3. That my package be issued to me A.S.A.P. 4. The reason for a long delay?

Inmate/Parolee Signature: Steve Abundis     Date Submitted: 9-2-06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Denied, I personally talked to wardens assistant sergeant Messick and was informed that you are Privelege group U. Privelege group U inmates shall not be allowed a personal property package.

Staff Signature: V. Evans     Date Returned to Inmate: 9-6-06

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dis de to sec. 3044. 7 C 2 C5
I reassert the original contentions of section A of this form; HAd correctional officer Evans not told me I can have my family purchase a Access package; and given me A package form on June 6, 2006.

Signature: Steve Abundis     Date Submitted: 9-6-06
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

see Attached Sheet?
CDC Appeal Number: _____

SEP 11 REC'd

"staff copy"

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                      ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------  ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   V79678
  ACCOUNT NAME:   ABUNDIS, STEVE   RENE
  ACCOUNT TYPE:   I
CURRENT BALANCE:         85.23
   HOLD BALANCE:          0.00
  ENCUM. BALANCE:         0.00
      AVAILABLE:         85.23
PRIVILEGE GROUP:  D
   LAST CANTEEN:  05/15/2006

--------- HOUSING LOCATION ---------         --------- ARRIVAL INFORMATION ----------

        FACILITY:  SQ    RC                  ARRIVAL DATE:    05/27/2005
 BED/CELL NUMBER:  C 1 00000000013S          ARRIVAL STATUS:  ADM
                                             FROM LOCATION:   ALA
                                             ARRIVAL COMMENT:

TS210BA            BEGINNING DATE FOR TRANSACTION DISPLAY:   / /
Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```

Doc # C07 3661 SI (PR)

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE
BLUE - INMATE (2ND COPY)
GREEN - ASU
CANARY - WARDEN
PINK - HEALTH CARE MGR
GOLDENROD - INMATE (1ST COPY)

**INMATE'S NAME:** ABUNDIS
**CDC NUMBER:** V79678

## REASON(S) FOR PLACEMENT (PART A)

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [x] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**
On August 30, 2007, Inmate ABUNDIS appeared before the Ad-Seg ICC whereas he was ordered released from Ad-Seg for housing on Facility D (SNY). While preparing to relinquish custody of Inmate ABUNDIS to Facility D Staff, Inmate ABUNDIS said that he would not go. Inmate ABUNDIS said that ICC was not abiding by the Hardship transfer procedures, so he wasn't going. Inmate ABUNDIS then said he would wait to explain to the ICC chairperson why he was refusing to leave. Based on Inmate ABUNDIS actions, he will be retained in Ad-Seg pending Administrative review of his program and housing needs. As a result of this retention, Inmate ABUNDIS Custody Level, Privilege Group, Work Status and Visiting Status are subject to change.

- [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
- [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

**DATE OF ASU PLACEMENT:** 9/6/07
**SEGREGATION AUTHORITY'S PRINTED NAME:** M. MCNAIR
**SIGNATURE:** [signed]
**TITLE:** LIEUTENANT

**DATE NOTICE SERVED:** 9-6-07
**TIME SERVED:** 2040
**PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE:** J. Nutt
**SIGNATURE:** [signed]
**STAFF'S TITLE:** C/O

- [ ] INMATE REFUSED TO SIGN
**INMATE SIGNATURE:** [signed]
**CDC NUMBER:** V79678

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement.*

### STAFF ASSISTANT (SA)
**STAFF ASSISTANT NAME:** N/A
**TITLE:**

### INVESTIGATIVE EMPLOYEE (IE)
**INVESTIGATIVE EMPLOYEE'S NAME:**
**TITLE:**

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [x] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [x] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [x] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [x] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [x] | | | | |

Any "NO" requires SA assignment
Any "NO" may require IE assignment

[x] NOT ASSIGNED         [x] NOT ASSIGNED

### INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

**INMATE SIGNATURE:** [signed]  **DATE:** 9-6-07

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| N/A | | | |
| | | | |

**DECISION:**
- [ ] RELEASE TO UNIT/FACILITY _____
- [x] RETAIN PENDING ICC REVIEW
- [x] DOUBLE CELL
- [ ] SINGLE CELL PENDING ICC

**REASON FOR DECISION:** RETAIN IN ASU PENDING ICC REVIEW FOR POSSIBLE PROGRAM FAILURE I/M CONTINUES TO REFUSE TO BE RELEASED TO FAC D
OBL CRM APPROVAL

**ADMINISTRATIVE REVIEWER'S PRINTED NAME:** K. MADDIN
**TITLE:** CAPT
**DATE OF REVIEW:** 9-7-07
**TIME:** 0945
**ADMINISTRATIVE REVIEWER'S SIGNATURE:** [signed]

**CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary):**
**CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary):**
**DATE OF REVIEW:**

See chronological Classification Review document (CDC 128 - G) for specific hearing information

Mr. Steve R. Abundis
Po Box Scoy A5-137 L
Calipatria State Prison
Calipatria Cal.
· 92233-5004 ·

confidential mail
Legal-of-1

1-26-08

THIS MAIL GENERATED FROM
CALIPATRIA STATE PRISON

SAN BERNARDINO CA 924
29 JAN 2008 PM 8
USA 41

Office of clerk US Northern Dis
Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
· 94162 ·

9410213661



RECEIVED
JAN 31
RICHARD W.
CLERK, U.S. DIS
NORTHERN DISTRICT