Doc.# C073661 SI (PR)

Dear, Clerk

My name Steve Rene ABUNDIS currently ): Calipatria State Prison. I file law suit · complaint in July 2007 in U.S Northern court · San Fransicco, Cal.· Have written several letters Regarding court issue's o Re: 4 Correctional Guards working men-frie. A.S- Cal II c C/o Patino   C/o Goodean   C/o Garth   3rd watch and her Rebuke mex C/o R.??? that pass out legal mail that i have to sign for. I Reported legal mail issue's to U COPY Dod. on Sept 2007 C/o Mr Patino And Recently us nened to law suit/complaint Doc.# C073661 SI (PR) is these her 3-letter with other documents is to be added with complain lease Resconds let me no current status on complaint and ° you received legal documents mailed 1-28-08

Thank you. Sir for your time on this serious criminal act's:
4 C.DC need your attention as well as court's!
ate law violations · federal law violation · CDC violation's

cc
ss

[signature]
Steve Rene Abundis

STEVE. Rene. ABUNDIS
D.C.# V-79678
P.O. BOX. 5004
Calipatria, Cal.
·92233-5004·

FILED   1-28-08

**FILED**
JAN 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

DOC C073661 S2 (PR)

*January 25, 2008*

***ABUNDIS, V79678***
*FA0500000000137L*

Log Number: CAL-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Per CDW review, your appeal does not meet the criteria for a staff complaint and has been reclassified as a property issue. Please see attached CDC 695.*

Appeals Coordinator
Calipatria State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*January 25, 2008*

*ABUNDIS, V79678*
*FA0500000000137L*

Log Number: CAL-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have failed to reasonably demonstrate that the issue you are appealing adversely affects your welfare, pursuant to CCR 3084.1(a).*

Appeals Coordinator
Calipatria State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

sheet - 2

RECEIVED CAL APPEALS JAN 23 2008

...ival RIGHTS violation and threat to my life. By a C.D. Employee MISS. Brown A-5 counselor. Do to Reprisal's and ...ass issues with certian C.D.C Guards Do⁰ª law suit. ...d other agency Contacted Regarding [MIS Conduct] and threats ...m forwarding this boc and Attach a (CDC)(form-1858) regarding [MRS. Brown misconduct] BY telling my Parent not ...o Send me nothing Do to problems C.D.C. with T.V's Being sent BACK to VEN BY C.D.C CAL.IV "two-diffrent occasions. AND packakes "260.00 being [Destroyed] BY C.D.C Guards S.Q.S.P. And telling parent not to send me nothing Here! Is a comment to cut me off Priveleges, illegal threats BY C.D.C staff member. with "threats" of "Problems" with [C.D.C] ...eke in [CAL.IV] AND is a [civel-Rights-violation] and title 5⁵ Rules violation sub. sect. 3090, 3091, 3074, 3190, 3272 ...271, 3291 [3391.] 3393. THIS is a Serious Citizens Complaint. issue's is I was intentionally threaten to my mother BY a [state Employee-Counseler-MRS. Brown] that I Had ...ast Problems with Her and Her co-workers in C.D.C and threats to my [Priveleges] and [safty] By Her. The use of a telephone to forward threats to my life os IN Problems! and not to send nothink as in money for canteen? and for T.V? Refere. to [MARCH 12 2007 memo] BY Director Correction. forwarded as citizens complaint. 1858 attached. ON: Miss Brown Counselor A-S CAL.IV

Sincerely

X [signature]

# V-79678

DOC C073661 S (PR)

SCREENED OUT   JAN 25 2008

1-15-08

Being forwarded as legal Doc. —

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| STEVE ABUNDIS | *signature* | 1-15-08 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| STEVE ABUNDIS | *signature* | V-79678 / 1-15-08 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

SCREENED OUT   JAN 25 2008

DISTRIBUTION:
ORIGINAL
PUBLIC - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

Adverse effect copy 832.75
Inmate: Forward attach - 1858 form
To: Miss Counselor - A-5/CAL IV [pursuant to penal code 148.6] 1-07-3

RECEIVED CAL APPEALS JAN 23 2008
RECEIVED JAN 18 2008

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region  1. _____  Log No. 1. _____  Category
                                     2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ABUNDIS | V-79678 | A-5 Ad/Seg. | 137L |

A. Describe Problem: Counselor Mrs Brown A-5 CAL IV was contacted by my mother Mrs C. Rodriguez by telephone. Person that I had problems with as my counselor. In I.C.C. as well as in interview since I been in cal IV I was sent request slip with comments by counselor "Miss Brown" A-5 spoke to your mother, on said she'd write on 1-11-08 I got card from parent she stated [Miss Brown A-5 counselor] stated on phone DC to [package being destroyed] and [two T.V.s] sent back. She and parent should send me "no money or [anything] well in Cal IV." This is a

B. Action Requested: (1) Response on 602 form (2) In time put in counselor [file] (3) Talk to by only Warden of Job procedure (4) Mention in file of this indirect and direct threat/terriest by phone to my mother regarding my [Right civil] and terriest threat to my sa

Inmate/Parolee Signature: _____  Date Submitted: 1-15-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

SCREENED OUT   JAN 25 2008

State of California                                                                 Department of Corrections

NAME AND NUMBER:  ABUNDIS, V-79678

On Friday, September 15, 2006, I visually inspected the cell of Inmate Abundis, V-79678 from the tier and observed a large amount of excess property. A review of Inmate Abundis' housing revealed that he had been assigned to Carson Section for well over a one year period. Based on the amount of property I had observed and the fact that Abundis had a prolonged period of time to accumulate contraband in an Ad-Seg Unit I ordered an inventory of all property in 1C13. Following removal of the property Abundis asked to speak with me. I went to the front of cell 1C13 where Inmate Abundis began to yell and scream about his property being taken and went on to say that he knew I was a part of a conspiracy in East Block several years earlier where an "Officer Evans" had planted a weapon in his cell. I told Abundis that I had no idea what he was referring to and told him I had his property removed in order to complete an inventory and to remove any contraband. Abundis continued to loudly yell and insist that the only reason the property was taken was because of my conspiracy with "Officer Evans."

Following this conversation and the seriousness of the allegations made by Abundis, I determined it would be appropriate for him to be housed in another Ad-Seg unit. Upon my return to duty in Carson Section on Tuesday, September 26, 2006, I looked into the reasons for Abundis' being in Ad-Seg and inquired if any reasons for first tier housing existed. I found no reason that Abundis could not be moved from Carson Section and found no reason that he would require first tier housing. Abundis was moved to Donner Section, an Ad-Seg unit that physically adjoins Carson Section but is under separate supervisory staff.

G. M. Fuller
Correctional Lieutenant
San Quentin State Prison

September 26, 2006

**CDC128B**                                                                  **INFORMATIONAL CHRONO**

Doc# C07 3661 SI(PR)



Mr. Steve Rene Abundis # V-79678
P.O. Box. 5004  A-6-137
PeliPatria State Prison
PeliPatria, Cal.
92233-5004

Legal mail
Confidential
mail
1-15-08

USA 41

Office of Clerk U.S. Northern District
of California
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
94102

RECEIVED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*[Handwritten notations on otherwise blank page:]*

*Signature and date: 1-28-07*

*Label box: "Att. of complaint / Doc.# C07 3661 SI (PR)"*