Dear, Clerk

I'm a Litigant with out a Lawyer Doc.# C073661 SI(PR) I have a Deadline 2-29-08 i was told by a other Litigant of a Book to help us could "Litigant with out a Lawyer" need one a.s.a.p court Deadline 2-29-07, made 5/errors left ME room to "Amend~Complaint" need "Litigant with out Lawyer Hand Book" "Paper Back" only "or" copy-Paper's or, no more Plastic on side thank you. very much for pro per litigants with. out. charge! ""

Respectfully

MR. STEVE R. ABUNDIS
C.D.C.# V-79678 / A-5-137L
P.O. Box 5004
Calipatria Prison
Calipatria, Cal.
92233-5004.

NOTE:
2end/Request:
"Court-Deadline"
2-29-08
"u,s,a,p" thank you SIR!

Doc.# C073661 SI (PR)
Northern District Court San Francisco Cal.

RECEIVED
FILED
FEB 05 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M. [illegible] Chandler
CDC# V79678  A-5-137L
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential Legal
Mail
1-31-08

Office of Clerk U.S. Dis.
Court
Northern District of California
450 Golden Gate Ave
San Francisco, Cal.

RECEIVED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENERATED FROM
CALIPATRIA STATE PRISON

MAILED FROM ZIP CODE 92233