AMENDED · COMPLAINT · BY · A · PRISONER · UNDER · THE
Civil · RIGHTS · ACT · 42. U.S.C  §§ 1983

2 NAME: STEVE  Rene  ABUNDIS
3 Prisoners Number: V-79678
4 Institutional Address: Calipatria · State · Prison
5
6                  UNITED STATE DISTRICT COURT
7           NORTHERN DISTRICT Of California
8

| 9 | Steve Rene ABUNDIS | No.: CO7-3661 SI(PR) |
|---|---|---|
| 10 | · Plaintiff· | |
| 11 | VS. | |
| #1 | MR. MIRANDA  C.D.C | 42 U.S.C.A 1983 §§ 1985 et |
| 13 | Correction Counselor | |
| #2 14 | MR Allison  CC11. C.D.C | |
| #5 15 | MR. Stout  CC11  C.D.C | |
| #3 16 | Lit MR Spears  C.D.C | |
| #6 17 | MR. D.D. Kreeves  SGT, C.D.C. | |
| 18 | California · Department · of · Correction (Director) | |
| | JOHN DOE inclusively | |
| 19 | 1 - 100    ·DEFENDANT· | |

20
21                  INTRODUCTION
22
23 Steve Rene ABUNDIS currently AN Inmate aT
24 Calipatria State PRison filed A PRO SE Civil
25 Right Action UNDER 42 USC §1983  ORder of
26 Leave To Amend. AND OR DISMISSAL
27
28

2·6·08

# VENUE

THE Events Took Place IN STATE of California with in DePARTMent of Correction at San Quentin State Prison AND Pleasant Valley State Prison. Amended Cali Patria State Prison !

THE Court His venue Because the Defendants are a Goverment En          Payed BY TAX to Protect Plaintiff in Custody AnD ARe to Serve An Protect Cival RiGHT AnD His Constitutional RiGHTS.

# PLAINTiff

Plaintiff STEVE Rene ABUNDIS is a California State Prisoner. Presently at CaliPatria State Prison Plaintiff Raises AlleGation AGainst C.D.C. AND JohN Doe 1-100 inclusively for violation of this rival RiGHTS with in 42 U.S.C §§ 1983, 1985 se. Cit. Hudson v. Mcmillan (1992) 503 U.S. 1 [112 S.CT. 995, 117 L. Ed. 2d 156] RHodes v. ChaPman (1981) 452 U.S 337, 347 [101 S.CT. 2392, 69 L. Ed. 2d 59]. 8 th Amendment Hoptowit v. Ray (9th cir. 1982) 682 F. 2d 1237, 1246. 8 th. Amendment. The Defendant are "All" noted under the "color nf STATE law" DiD All violate Plamtiff cival RiGHTS. See west v. Atkins, 487 u.s. 42, 48 (1988)

2·08·

Doc: C073661 SI(PR)

DefenDANT . 1st.

MR. MIRANDA CoRRecTional Counselor for
the STATE of California is Employed BY: WARDEN
SAN Quentin State Prison.

UPon me returNing To C.D.C San Quentin State Prison
5/27/05 I was interviewed BY S&T? R&R 3rd watch
I Had to inform staff of me Being a validated North-
BRN STructure Drop out / Defector from a CDC
Prison ORGanization. 128B S&T MR. Stoltenberg 5/27/06
Athoured I&Y Special Afent JeRie Dix 128(B) Dated 8/21/06
Also 128(6) Pul. C C 1 level 4

I Requested Counselor MR. Miranda update Enemy list
Confidential and Non Confidential 812 Refused many Re-
Quest. I informed MR MiRanda told Him of a
Enemy in 1-Carsen 21st 1-Carsen-22nd BY the Name of
Pedia AKA: Bertillo-Rodribuez street name MAlo
half mexican Half Portugues Age 35-40 Hight 5'7 GilRoY
California stayed in Santa Jose California 25-L Sentenced
Documented 128 New folsom A-YARD 1995 1996th D-30707 CDC
Number. last Known Prison C-section 1st tier 1C-21 1C-22
2005-2006 went to Alpine A-sed 2005-2006 S.Q.S.P
Pleasant Vailey state Prison IV 2006-2007 .

Also a THomas martinez out San Jose 25-L on 1st
Carsen Section S.Q.S.P 2006 Also Enemy and went
and was in Pleasant Vailey state Prison III A-YARD
2006-2007

Civil# CC73661 SI (PR)

Defendant #1

1. every time spoke to me, miranda counselor. He stated what
2. enemy, in I.C.C committee Refused to interview me or
3. update Enemy list or Put enemys I tell Him oBout ont
4. for (SAFTY) As my counselor its His Job to
5. update Enemy list 812 and interview me or Doc'
6. new enemys His informed aBout By me or inmates
7. its His Duty ReQuiled By cnc to Protect my safty
8. and the laws His sworn to serve as a cnc Employee.
9. and is liaBle undel cival Riahts act 42, U.S.C. §1983
10. HoPtowit v. Ray (19th cir. 1982) 682 F. 2d 1237. 1246,
11. on my 3ed apperance in committee I "to10" Me
12. miranda of another (Enemy) in my Dischark Numbel
13. and is my enemy from New folsom A-Yard 1995
14. 1996 128 was Put in c-file Numbel D-36707 His
15. with state of mind was His (DEAD) L.T in comm
16. ttee stated No His a (Enemy) i told Me miranda
17. and I Got me. PAlmer to update and Put new
18. enemys on Record? what enemy comments all i Got to
19. Also in my second I.C.C apperance told me. miranda
20. of a frank martinez (Hayward Resident) that is a
21. Enemy from street i was told we'll check was Retained
22. written 114 cause i Refuse to leave Ad-seL in which
23. L.T K.F. Valdez ordered lock up. I Gave me miranda
24. complaint 602 of staff misconduct That i Got a inter-
25. view on _____ By L.T Perez I.S.U. S.Q.S.P.
26. for investigation "No" investigation Nevel Received
27. 602 APPeal Back and written 115 on Refuseing to Go to
28.

— CONFIDENTIAL —

Doc# C 07 3661 SI (PR)

Defendant, 1st

to (Alpine - sed.) were Enemy's were at. 115 Dismissed 2/15/06
MR. miranda comments was never Received. 602 Appeal
that I got interveird on and 114° lock up for I.S.U
investigation of staff misconduct. 128(G) CDC form.

Last I.CR committee MR. miranda counselor came
to my cell door 1-C13 S.G.S.P carson section
Do to our (PROBLEMS) i wont Be in (I need) But
Puttin you up for transfer to Pleasant valley Prison and
other prison? I (TOLD) MR miranda of "two" to
"three" enemy's that went to Pleasant valley state Prison
the two mentioned in complaint/statement that are inr
mates that left from my tier 1st carson section
San Quentin state Prison. I was transfered to Pleasant
Pleasant valley state Prison IV A-YARD were enemy
were Housed. End of statement on MR. miranda

Citing: Hoptowit v, Ray (9 th cir. 1982) 682 F. 2d.
1237, 1246.

8 th Amendment violation
Citing: West v, Atkins 487 U.S 42,48. (1988)


Note: MR. Miranda counselor S.G.S.P "our" First
Problem's was in 1988 & in 90's His a %o than SGT. of
I.G.I Deal's with in                    shos for us validated/members
lockin Peple up for validations and safty.
of inmates + institutions. IS aware of
Procedure's 812's / Safty / Gang's ect....
I Have Herd of UNProfflessional
conduct from inmates of set/up's
and false lock up ect......
Request CDC file for misconduct ect....

CONFIDENTIAL

Doc # CO7 3661 SI (PR)

Defendant . 2 .

MR. Allison  Correctional counselor  foe  the State
of California  is  Employed  by WARDEN: Pleasant.
Valley . State . Prison

MR. Allison  P.V.S.P  Correctional counselor  in
A-YARD  UPon  me  arriving  to  Pleasant Valley State
Plison  i  told  SGT MR. Green  internal Affairs Documen-
tation Sacramento with me ! I "tolD" MR. Green -SGT.
I Have "Enemy" He stated if you do  something
Do it on "middle of yard" not in Block. I Told
Correction SGT MR. Green  im  a  DroP out membeR
Married with children and family Paid my tax's
apart carpenters union for 15-Year  no Problems  from
me im a Prehrained. UPon my 1ST i.c.c committee
I told MR. Allison C C11 PVSP OF Enemys that i
Shouldn't be Here and about MR. miranda not uPdated
my Enemy list or Petting Enemy on at San Quentin
that was my counselor. Comements was and Gesture was
aint lookin shouldnt of Sent You Here. Did nothing
as counselor in I.c.c committee on  /  / 06  ;
Sent Him APPeal on SaFtY issue Dankedin. my life
told Him Themas martinee  is Here Seen Him on way
to clothinl as fish inmate is my enemy that i
mentioned in I.c.c. He rewrote 114D lateR in ad-seG
from SaFtY Concerns reason in Ad-seG to threatin
Inmates and Nevil Responded to 602 APPeal.

citink: West v. Atkins
Hoptowit. v Ray (9th Cir.
1982) 682 f. 2ed 1237, 1246.
8th Amendment

_4_ of _

Doc.# (07)3661  SI (PR)

# Defendant. 3.#

MR. SPears  L.T  Actin Capt.  foe the State of Cal
ifornia  is  Employed  BY  WARDEN  Pleasant Valley State
Prison.

ON          Went to  ICC  Committee  Pleasant vall-
elly  State  Prison  Durin  I.c.c  I (TOID)  actin
Captain  L.T  MR. SPears  +Hat ;  Had  Enemy's  BY
the  Name  of  THomas  MARTinez  and  Alberto / Albert  EST
pedia / Bertillo - RoDRiGuez  AEA ⁰  and  POSS  others. SaN
Quentin
MR. miranda.  counselol  would  not  UPDate  Enemy's
list  ol  add  enemy's  ol  correct  Enemy list  from
old  Dischalce  Number #D-30707  to  New  Number #V-79678
He said MR. SPears  L.T  actin  CaPT.  San Quentin
should  never  Sent you  Here !  I'm NOT  leekin  in  Youl
file (enemy list)  fol  no  one  tell  Correctional
Guald  Do  thele  Job  Get  out  my  office  with  Same
State of mind  as  mel  Allison  counselol.  cHeck
internal  Affairs  sacramento  on  mole  imfo  on
L.T  spears  with  me  and (uncle  Ernest  RoDRiGuez)
middle  90's  and  2000's  Documentation !
end  of  Statement  Note!  I  was  Put  out  to  mainline
with  enemy  on  mainline  A-YaRD  I  locked  it  UP  Do
to  Enemy  on  YARD  well  lock  Down  A-YaRD  I  Refused
to  Go  Back  to  Cell  well  i  was  in  Holding  Cake
Do  to  enemy  concern  20-days  latel  well  on  lock
Down  Guald's  MR. Jifranco     MR. I  ROJas ,  Refused
and  SGT. Green  Refused  to  place  me  in  ad/seG.  Knowing
Had  Enemy (told)  them  Names -
Citin: West  V.  Atkins  487 U.S. 42 µ8. (1988)
HOPto  wit  V.  Ray
69 th  Cil  1982) 1682. F. 2 ad
1237, 1246.
          5.    of

CONFIDENTIAL

Doc.# (O) 3661 SI (PR)

## Defendant .4.#

MR. MCBRIDE correctional SGT. for the State of California is Employed BY WARDEN Pleasant Valley State Prison.

ON 11/23/06 SGT. McBride was called to 4-Block Pleasant Valley State Prison A-YARD IV Because i told floor officers of Enemy's on Yard as i Did in I.C.C. committee. MR. ROJas c/o A-YARD/4-Block c/o MR.
on said Date after I spoke to c/o Mr. Franco of "Pedia" AKA Bertidlo AKA Rodivez Thomas Martinez Bennie luna from New folsom A-Yard 1995 Had issue's with and from Street. 2000/2001 spoke to c/o MR 4-Block A-YARD Told Him i got Enemy's my list Has to Be not UPDated. I Refused to lock UP was escorted to office Put in Cage Harressed called Name MR. McBride stated we are not scared of internal Affairs or Your 602 i was Put Back in cage Kept trying to Put me Back He Had me take Pants off shirt sheo's off. than Had c/o walk me Back to 1-Block single Cell Bare footed Just sock Boxers T-Shirt I told Him this is a Cival RikHT Violation He said write it UP. I said I will Nevel Received Response Back. He than wrote 11-25-06 115 of threatin inmate's And my (114.D) lock UP orginal (under) safty-Concerns was amended BY counselor MR. Allison than 115 was written as Reprisals and couel UP!

end of Statement.

Hoptowit v. Ray (9th Cir. 1982)
682 F 2d 1237, 1246
Hudson v. Mcmillan (1992)
Rhodes v. chapman (1981)
West v. Atkins
(1988)

6 of ___

Mr. STEVE Rene ABUNDIS
C.D.C. # V-79678  A-5-137 ʟ
P.C. Box 5004
Palipatria, Pal.
92233-5004

Confidential - Legal
Mail

1 of 3

9410233661 0004

GENERATED FROM
CALIPATRIA STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004627869
MAILED FROM ZIP CODE 92233
$ 00.580
FEB 1 2008

OPPice oy

U.S. District Court
Northern District of California
450 Golden-Gate - Avenue
SAN FRANSISCO, Pal.
· 94102 ·

Doc# CO-3661 SI (PR)                                    2 6 08

Defendant . **5**.#

1  
2  MR. D.D. Reeves correctional S6T. for the state
3  of California is employed BY WARDEN Pleacant · Valley ·
4  State · Prison
5  Upon me arriving to ASU-1 Ad/seg. unit Pleasant
6  Valley State Prison S6T. D.D. Reeves tryed to Put
7  me with a African He Refused than a old White man
8  He Refused than a Northerner mex that said He
9  Does not Have a Drop out 128 or 114D So i Refused
10  No to me Being a Defector from Northern Structure
11  Prison organization. THe 1st inmate Before African
12  was a Sothern mex. I'm nothern mexican. When
13  THan D.D. Reeves tryed to cell me up with a
14  (Inmate: KEO #V-671117) that i spoke to in Holdink Cage
15  inmate: Keo #V-671117 told me San Quentin He was
16  at Whats up told S6T D.D. Reeves am i Going to Have
17  Problems with my Property after! We Had Signed for
18  cell Partnas cages are Pretty far apart i didn't see Him
19  untile He mentioned San Quentin Where we Had Problems at
20  with the attitude as S6T. Reeves was Puttin Him up to
21  something. At which time i Remember inmate Keo as a
22  inmate i Had Problems with in Past in old Number "D-30707"
23  that should of also been on Record! 812 list! However I
24  call S6t Reeves to my cell and told Him me and inmate
25  Are uncompatiable we Are "Enemys" from San Quentin
26  it is a Safty issue why You Keep tryin to Put un-
27  compatiable inmates "Problem inmates" Enemys in my cell.
28

DCC: C073661 SI (PR)

1. Again I told SGT. MR. D.D. Reeves inmate
2. Keo #V67117 cell:157 is my (Enemy) at which
3. S6t. N.D Reeves walked off. He ordered correctional
4. Gaurds to take all my Property sheets + - shirt
5. Socks towl everything I Had only (matress - #1 -
6. + Blanket) thats it Boxers i Had on. I wrote it
7. Do to it Being Cival Rihts Violation. 8.th Amend -
8. ment Violation. Hudson v. McMillan (1992) 503 U.S 1
9. [112 S.CT. 995  117 L. Ed. 2d 156] RHodes v. Chapman
10. (1981) 452 U.S 337, 347, [101 S.CT. 2392. 69 L Ed. 2d.59]
11. Afted my Property Clothing sheet Blanket was taken out
12. me. N.D. Reeves SGT ASU-1 P.V.S.P came back to my
13. Cell comments was because i was Put next to Yard
14. Dool vent Blowing Cold Air I Dont care if you freeze
15. to Death flipped me off and made a Gesture Towards
16. my mother if she would of Stuck foot in your ass you
17. would'nt Be Hike. my APPeal was P.V.S.P.S Catabory-2 -
18. 12-30-06 incident 12-28-06 t 115 RePort was kept
19. this way way untile Release from Ad-seG unit ASU-1
20. Pleasant Valley State Prison RePorted to I.C.C committee
21. 1-4-07 Released to D-YARD P.V.S.P End of state
22. ment on MR. D.D. Reeves SGt ASU-1 P.V.S.P.
23.
24. cit: Hudson v. McMillan (1992) 503 U.S.1 (112 S. CT. 995,
25. 117 L. Ed. 2d. 156) RHodes v Chapman (1981) 452 U.S
26. 337. 347 (100 S. CT. 2392, 69 L. Ed. 2d. 59).
27. Hopowit v. Ray (9th Cir 1982) 682 F. 2d. 1237, 1246,
28. Sed West v Atkins, 487 U.S 42.48 (1988)

Defendant. B.#

Mr. Stout : correctional counselor for the state
of california is Employed of WALDEN Pleasant Valley
State Prison.

On or about 1-4-07 i was Placed in S-Block D-
YARD P.V.S.P a few days after inmate KEO #
C.D.C V-67117    was Placed in cell next to me
on 2nd tier S-Block P.V.S.P Displinary RePort
115 Dated 12-19-06 By mr. D.D. Reeves SGT. ASU-1
Where I TOLD SGT. mr. "D.D." Reeves that inmate KEO
C.D.C # V-67117    was my "Enemy" and that we
~~could not stand next to each other~~ have Problems. on my 1st
U.C.C on D-YARD mr. Stout correctional counselor
Told me Personally tHat i Have a "Enemy" on
YARD from Ad-seG 115 Displinary states fact
Date 12-19-06    from SGT. mr. D.D. Reeves ASU-1
I told mr. Stout in U.C.C committee "WE" new it
was a set up i sPoke to DuDe Passin BY that
He and C.D.C P.V.S.P indanger my life and Safty
intentionally to cause me Harm / stress and more
Harressment. He is my enemy Been next to Him
over a week where we shower and Have movement
were something could HapPen. I was Put on C-
status for 115 Displinary A-Yard Date 11-25-06 and
115 ASU-1 Dated 12-19-06    and i was KePt on this

— CONFIDENTIAL —

8    of ___

Doc + CO7 3661 SI (PR)    Defendant : 6 :

for a Period of 80-days Procedure is 1st
time C-status 30/day's . I spotted another "enemy"
By Name of Crommelin   CDC # K-21954
Do to us knowNing Situation we rolled up
to not allow GuaRDS to set it up! We could
not Get along   InmatE Crommelin   CDC # K 21954
Told Correctional GuaRDS MR. K. Conyers 1-Block
D-YARD of Problem   and miss D. Torres  YARD
GuaRD that Came in BuildinG on Day of 115
Displinary RePort. I told C/o K. Conyers  1-Block
that we are enemy from Street Got Problem's
C/o K. Conyers State live i told Your cell find
Place to Go !  ME and inmate crommelin
# K 21954   told miss torres YARD C/o that
Came in Buildin during Day Room Program before
Dinner were inmate Crommelin  # K 21954
told C/o Guard miss D. torres "Do we Got to fight
in order to move she laught said talk to Dinner
GuaRD By DinninG Hall "we not moving no one .
Statement on ~~Inmate~~ Goard  D. Torres     #
115 RePort, and my statement 115 was Droped
to (128. C.D.C) I Told Staff Before! and During! and  (L.T. G. Mills)
after! these two inmates Are my Enemy's wHat is
Going on with 812 Enemy list ? Note! Inmate
crommelin # K-21954   told me in cell GuaRD
trying to make us fight. UPon me Returning to
ASU-1 I took two Diffrent cell Partnas no
Problem Got trasdered to Cal IV
On RePrisals to remplaint

— CONFIDENTIAL —

DOC # CO73661 SI(PR)     Defendant.6.

I Got Hardship mother and Grandmother medical
i'm out Alameda County Defector from Prison
orbanization NO ASSAULTS ON STAFF OR on
Inmates Period NO write UPS only on safty
issues! NO lesoon to Be Calipatria Prison.
OR FOR MR. Stout to ask for Calipatria Prison
on 7/13/07 i was transfired to Calipatric
State Prison End of Statement on MR. Stout

Citinl! Hoftowit v. Ray. (9th cir. 1982)
682 f. 2d. 1237, 1246

Citinl! West v. AK+iKs    487 US. 42 48 (1988)

CONFIDENTIAL

Doc. C-07-3661 SI (PR)

Defendant .8.#

MR. D.W. BROWN Correctional Counselor for state of California is Employed BY WARDEN CaliPatria State Prison

ON 7/13/07 I Arrived on Adverse Trans. To CaliPatria State Prison from Pleasant valley State Prison. I Informed MR. D.W. BROWN of issue misconduct in San Quentin / Pleasant valley, both Prison Refused to Properly update or update (EnemYS) in my C-file 812 confidential + non-confidential file. Told Him of certian (EnemYS) PENIA AKA: Berlilla AKA RodRibuez! Street Name MAIC / GilRoY CitY / 35-40 / 5"7 / 25-L Known to Be in Santa Clara county. Last Prison S.Q.S.P Carsen Section 1st tieR 2005 / 2006 and Alpine Section 2006-2005 KnowN BY Staff In S.Q.S.P L.Ti cast. ML. MUNOZ SQ.S.P AND (I.G.I unit) AS well as THomas Martinez 40-45-/5"6/ 25-L Santa Clara county. / SQ.S.P 2005-2006 CarSen Section / Alpine Section Both inmates are in Pleasant valley State Prison 2006-2007 A-YARD Level II among other Inmates that i Put on After write up and ABuse and Harressment and my life in in DanGeR. (All action under color of State law.) MR. D.W. BRown left enemy (unKnown) In C-file didn't check Information or use Procedure's as You can see in (128.6) Nll not locate all and could of Been located easYly if effort was made. for my saftY. End of Statement.

Citing: Hoptowit V. RaY (9th CiR. 1982)
        682 F. 2d. 1237. 1246,
Sed. West V. Atkins, 487 U.S 42.48 (1988)

_10_ of _____

Defendant.9.#

MISS Brown correctional counselor for the state of California is Employed By WARDEN Calipatria state Prison.

On Oct. Nov. Dec' 2007 Miss Brown Became my correctional counselor Calipatria state Prison A-S I have i'mformed Her of San Guentin state Prison Refusal Do to Past issue to update/add on enemys to my New Number V-79678 upon my New commitment. I told Her of Pleasant Valley State Prison same misconduct By counselor C.C.I/staff. I imformed Her of my Attempt to Help mr. D.W. Brown with my (SAFty) issue's 812 Penfidential Enemy list and NON-Confidential Enemy list c. Imformation i Gave mr. Brown Her and Appeal bo2 on (Date: 7-14-07 # CAL's/0701577 cut-2-) is enough to look up in computer & speak To I.G.I & TALK to San Guentin staff where He was at (C-section - Alpine/sec.) Both inmates wcke locked up in Alpine and are known By staff By name was tiek tendee Job! MALo street name PeDiA/AKA: Bertillo AKA Redribuce and inmate THomas MARtinez Both was in Carsen section San Guentin Prison 1st tiek Both was In Alpine section Both are well known (I & I) and with staff, SQ.SIP Both are Documented ex Gang member But Are (Fnemy to me) Miss Brown stated excuse after excuse left my Enemys were unknown and un                in my C-file (safty) issue! Refused to interview and locate and cull Prison's there at. and was at. SQ.SIP 2005-2006 C-section/Alpine PV.SIP 2006-2007 A-Yard Leal IV. End of Statement.

citing!
HoHo wit v. Ray (9th cir, 1982)682 F.2d,1237,1246,
citinks! West v Atkins 447 U.S 42 48(1988)

11 of ___

— CONFIDENTIAL —

UCC CC73661 SI(PR)

## ACTION · REQUESTED:

Complainant Therefore Prays that said Defendants
Use Dealt with according to "LAW"

money Damages of $100,000

Put in THere C.D.C Records

Be order BY Court to UPDate locate said enemy's
and fel I.G.I unit Be ordered Interview me and fol me
Receive All Debreifing Document's from * A-30707 Discharge r-
file and all enemy on 812 enemy list No to it Being my
8 th Amendment RifHT (SAFTY) concern's. I NEED Northern structure
(Debreifing Packet) and (Validation) Packet FROM C.D.C. IS Prison organization.
Fundee (SAFTY) issue's (Enemy's) IN and OUT (C.D.C.)

IF Dealt with By law Be fired! fol Reprimended
but not Have Same Job assignment that Deale with I.G.I
counselor Possition or Authority over other officers.

Be Given All copy of ABove Documents action
taken on Action Requested.

Request: All Documents legal stamped on case: C07366I SI(PR)
fol Records.

CONFIDENTIAL



Mr. STEVE. Rene. ABUNDIS
C.D.P. V-79678   A5-137ᴸ
P.O Box 5004
Calipatria, Cal.
.92233-5004.

IS

Per. Judicial. Legal
. Mail

2. of. 3

GENERATED FROM
CALIPATRIA STATE PRISON

08 Feb 13 P: 1 c
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

Office of The Clerk
U.S District Court

Northern District of California
450 Golden-Gate-Avenue
SAN FRANSISCO, Cal.
. 94102.

9412236561  C0004

UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES
02 1A
0004627869    FEB 11 2008
MAILED FROM ZIP CODE 92233

RECEIVED CAL APPEALS AUG 16 2007

Doc# C07 3661 SI (PR)

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. CAL

Log No.
S 07 01 5 7 7

Category
2

1. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

A S 1376

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ABUNDIS | V 79678 | ASU | ASU 37 |

A. Describe Problem: ON 7-13-07 I WAS PUT IN AD-SEG Endorsed for (CAL) SNY D-fac. Do to No/Available Bed space. I'm Ackin for you to for you to Check AND put on 812 list should Be in my old D-30707 Number Achive's been a lot of issus's with enemy list sence 2005 V-79678 need my enemy updated with I.G.I (CAL) Larry cuBBrillo [CHuco] family to case [D.O] If you need more space, attach one additional sheet. Out of Alameda Hayward.

B. Action Requested: (1) CHECK CONFIRM Above list/Enemy's (812) put on if not on 812 Enemy list. CHeck from Achives old D-30707

Inmate/Parolee Signature: Steo Alundis          Date Submitted: 7-14-07

C. INFORMAL LEVEL (Date Received: 7/20/07)
Staff Response: Your ___ 812 ___ has been reviewed and none of the numbers are in the Archive. However, on 8/02/07, A Request for your Discharged Confidential Folder for D-30707 was ordered. Upon ___ Arrival, the 812-C will be reviewed.

Staff Signature: RW Brown , CCI          Date Returned to Inmate: 8/02/07

AUG 16 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied. Please put on Non/Confidental- 812 + Receive Copy-812
(1) Larry CABALLERO [Chuco] Hayward/Alameda-County
(2) BERIDILLO [MALO] GilROY- SAN JOSE/Santa Clara-County
(3) DAVID KEATON [sharky-] SAN leadro/Alameda-County. (4) BABY Rey-Hayw

Signature: Steo Alundis          Date Submitted: 8-6-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

CAL     S 07 01 5 7 7

**CAL**

**8 07 01 5 7 7**

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned

Signature: _____ Date: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level   ☒ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **AUG 16 2007** Due Date: **9/28/07**

☒ See Attached Letter

Signature: _____ G. J. Janda, AW-A&B   Date Completed: **SEP 26 2007**

Warden/Superintendent Signature: _____ T. Ochoa, CDW   Date Returned to Inmate **SEP 26 2007**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Doc #C07 3661 SI (PR)

**STATE OF CALIFORNIA**

# RULES VIOLATION REPORT

804 SENT TO RECORDS ON: 1-02-07 BY:

**DEPARTMENT OF CORRECTIONS**

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | | PBSP-III | ASU-199L | 06-PB-12-013 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR 3005(b) | REFUSING TO ACCEPT A CELL PARTNER | ASU #1 | 12/19/06 | 0930 HOURS |

**CIRCUMSTANCES**

On Tuesday, December 19, 2006, at approximately 0930 hours, inmate ABUNDIS, V-79678, ASU-199L, refused a direct order to accept a cell partner. ABUNDIS was given the opportunity to meet and talk with inmate KEO, V-67117, ASU-157L, as a prospective cell partner. Both inmate have similar case factors and there are no precluding factors preventing them from being housed together. I asked ABUNDIS if he accept KEO or another inmate as a cell partner. Initially, ABUNDIS agreed to house with inmate KEO and he and KEO both signed a CDC 1882 form (ASU/SHU Double Cell Review Form), as an agreement to be housed together in a compatible manner. Approximately one hour later, I reported to ABUNDIS' cell and told him he was moving. ABUNDIS replied, "I don't want a cellie. I can't live with him. He's one of my enemies." A prior thorough review of both ABUNDIS' and KEO'S CDC 114 files does not list either inmate as an enemy of the other. I provided ABUNDIS with other opportunities to cell with inmates with similar case factors, but he refused and stated, "I'm not taking a cellie. You're putting my life in danger here." It should be noted that on December 07, 2006, ABUNDIS was cleared for double cell housing by an Institution Classification Committee. Due to his continual reluctance to accept a cell partner, ABUNDIS has impacted the ASU #1 program and endangered the safety of staff by hindering the placement of inmates in ASU #1 during a critical time of need for Ad/Seg. bed space. Inmate ABUNDIS is aware of this report.

**INMATE ABUNDIS IS NOT A PARTICIPANT IN THE MENTAL HEALTH DELIVERY SYSTEM.**
**INMATE ABUNDIS HAS A GPL ABOVE 4.0.**

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ D.D. REEVES, Correctional Sergeant | | ASU #1 Sergeant 2/W | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ B.N. KOEHR, Correctional Sergeant | | DATE _____ LOC. _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | F | 12/28/06 | ▶ N.C. DAVIS, Facility 'C' Captain | ☐ HO | ☒ SHO | ☐ SC | ☐ FC |
| ☒ SERIOUS | | | | | | | |

| COPIES GIVEN INMATE BEFORE HEARING | | | | |
|---|---|---|---|---|
| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT |
| | C/O M. Cope | 12-28 | 1810 | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

**HEARING**

**PLEA: GUILTY**     **FOUND: GUILTY**

On 01/17/07 at 0850 hours, inmate ABUNDIS, V-79678, appeared before this Senior Hearing Officer (SHO). The purpose of the hearing and the inmate's rights were explained. He stated he was in good health.

**PLEA:** The charge was read to the inmate and he pled GUILTY.

**DISPOSITION:** Assessed a credit forfeiture of 30 days for a division 'F' offense.

**ADDITIONAL COUNSEL REGARDING DISPOSITION:** ABUNDIS was counseled and reprimanded regarding his conduct. ABUNDIS was advised of his rights and the procedure to appeal this action. ABUNDIS was also advised of the procedures regarding credit restoration. He was informed that he would receive a final copy of this report at the completion of the CDO audit.

**(HEARING CONTINUED ON PART C)**

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
| J.L. BROWN, Senior Hearing Officer | | | | |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE |
| ▶ N. DAVIS, Facility 'C' Captain | | ▶ R. GALAVIZ, Associate Warden | | |
| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME 1700 |

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | CCR3 3005(b) | 12/19/06 | PVSP-III | 06-FS-12-013 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
|---|---|---|---|

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| ☐ REQUESTED | ☒ WAIVED BY INMATE | | ▶ REFUSED TO SIGN | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | | |
| ☐ NOT ASSIGNED | REASON Inmate can read, write, and speak English. Does not meet criteria Per CCR 3315(D)(2)(A) | | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|---|
| ☒ REQUESTED | ☐ WAIVED BY INMATE | | ▶ REFUSED TO SIGN | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | | |
| ☐ NOT ASSIGNED | REASON Inmate is segregated and cannot gather own information. Does meet criteria Per CCR 3315(d)(1)(A) | | | |

EVIDENCE/INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☒ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER_____ ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On Sunday, December 20, 2006, I, I Correctional Officer L. Diez, interviewed inmate ABUNDIS, V-79678, ASU19%L, regarding his CDC-115, Log #06-FS-12-013. I informed him of my assignment as his Investigative Employee, to which he had no objection.

**DEFENDANT'S STATEMENT:** "No statement."

**REPORTING EMPLOYEE'S STATEMENT:** Correctional Officer D. Reeves stated, "Inmate ABUNDIS met with Inmate KEO, signed the compatibility chrono, and an hour later he refused to cell up with him. He straight up refused, claiming that they were enemies. They were not enemies.

(INVESTIGATIVE REPORT CONTINUE ON SUPPLEMENT PART-C)

COPY OF I.E. GIVEN TO INMATE ON: _____ BY: _____

| | INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|---|

| ☑ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME 1110 | DATE / / |
|---|---|---|---|

CDC 115-A (7/88)

*— If additional space is required use supplemental pages —*

OSP 96 8819

**NOTICE OF CRITICAL CASE INFORMATION - SAFETY OF PERSONS (Non-Confidential)**
CDC 812 (8-01)

This non-confidential form is used to document inmates/parolees or potential inmates who should be kept separate and inmates/parolees suspected of affiliation with a prison gang or disruptive group. If an inmate/parolee is identified with a prison gang, a Notice of Critical Information - Prison Gang Identification (Form 812-A) shall also be completed. A form CDC 812-B shall be completed on Disruptive Group Affiliates. Indicate "NONE" under CDC number and/or group section if there are no enemies and/or gang concerns. Refer to CCR 3378 for additional information.

| | NON-CONFIDENTIAL ENEMIES | | DATE COFQ 11-2-06 | DATE 4 51 06 | DATE 6 1 07 1-2-07 | DATE 1/19/07 | DATE 5 16 07 | DATE 7/18/17 |
|---|---|---|---|---|---|---|---|---|
| CDC NUMBER | PRINT NAME | PRIMARY SUPPORTING DOCUMENTATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION |
| | Romero | YA Archive 10-9-86 128 B 8-25-05 | SG | SD | SO | Reg-2 | Reg 2 | Reg ·H |
| E28255 | Martinez | Memo 9-12-99 | Reg 2 | REG-2 | Reg 2 | Reg-2 | Reg 2 | Reg · 2 |
| Y39920 | Rodriguez | YA Archive 10-9-86 | IUTL | UTL | UTL | UTL | UTL | UTL |
| J63638 | MARTINEZ | RoR 128 B 2/08/06 | | SVSP FA2A | RVSP AU 2-06 | SVSP A-4-06L | PVSP AH-24U | NSP |
| T42637 | LUNA | 128 B 12.29.06 | | | PVSP A5-206L | A-5-269L | PVSP A5.209 | PVSP |
| 483469 | Abundis OLIVARCIA | 128 B 12.29.06 | | | SVSP | SVSP | SVSP | SVSP |
| UNKNOWN | Malo | 128B 12-29-06 | | | UTL | UTL | UTL | UTL |
| Unknown | Calderon | LAMV 9/16/07 | | | | | | VTL |
| UNKnown | Bertillo | 128·B 7/18/07 | | | | | | VTL |
| UNKNOWN | CLEMENTE | 128·B 7C·21 | | | | | | UTL |
| Unknown | GARCIA, E | 128·B 7/18/07 | | | | | | VTL |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | DELETION OF PRIOR ENEMIES | | |
|---|---|---|---|---|
| CDC NUMBER | PRINT NAME | DOCUMENT DELETING ENEMY ISSUE | DELETE DATE | PRINT NAME, TITLE, INST/REGION, INITIALS OF PERSON DELETING |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | SUSPECTED GANG AFFILIATION | | | |
|---|---|---|---|---|
| | GANG | TYPE OF AFFILIATION (MEMBER/ASSOCIATE/DROPOUT) | DATE | PRIMARY SUPPORTING DOCUMENTATION |
| DISRUPTIVE GROUP | | | | |
| PRISON GANG | NORTHERN STRUCTURE | Dropout | 9-21-06 | 128 B |
| COMMENTS: | | | | |

| STAFF COMPLETING UPDATE | | | | |
|---|---|---|---|---|
| PRINT NAME AND WRITE INITIALS | | TITLE | INSTITUTION/REGION | DATE |
| F. RUE | FR | CCI | PVSP | 11-2-06 |
| H ALLISON | HA | CCII | PVSP | 12/5/06 |
| THOMAS | AO | CCIIA | PLIO | 1-2-07 |
| D STOUT | DS | CCII | PVSP | 5/16/07 |
| R ROWAN | DR | CCI | Col Southern | 7/18/07 |

| CDC NUMBER | INMATES/PAROLEE'S NAME | | PAGE 1 OF 1 |
|---|---|---|---|
| V79678 | ABUNDIS | | |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS

PAGE 2 OF 2

| CDC NUMBER V-79678 | INMATE'S NAME ABUNDIS | LOG NUMBER D5-06-C-02-01 | INSTITUTION SQSP | TODAY'S DATE 5/5/06 |
|---|---|---|---|---|

| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF: | ☐ CDC 115 CIRCUMSTANCES | ☑ HEARING | ☐ I.E .REPORT   ☐OTHER |
|---|---|---|---|---|

A. The reporting employee, Correctional Officer A. Cabreros, written report states in part:

"On Wednesday, February 15, 2006, at approximately 1730 hours, while working position #775, Carson Section Floor Officer. I informed Administrative Segregation inmate Abundis (V-79678, 1-C-13) that he needed to pack his property and prepare for a cell move. Inmate Abundis then told me that he was not going to move. I asked inmate Abundis why he did not want to move and Abundis stated that he was comfortable in Ad/Seg and that if moved to Section Special Program he would get into more trouble…"

B. ABUNDIS entered a plea of guilty with explanation with the following statement:

I have had an ongoing problem with a staff member at San Quentin State Prison since 1992. My Parole Agent was made aware of this problem and I have been interviewed by ISU staff at this prison in the past related to the ongoing issue between the officer and I. ICC is aware of the problem and retained me in Administrative Segregation pending the arrival of my achieve file to review concerning my concerns. Also my current CDC 812 does not reflect my former enemies. I told the staff of all this and they agreed that I should not have been kicked out of Ad-Seg.

C. The IE Report provided the following evidence:

"…Statement of Inmate Abundis V-79678: "I told Correctional Officer Cabreros there is a compliant pending in Sacramento, by my family, because the one that was sent here wasn't responded to by staff on a 602 complaint."…"

The SHO does not find sufficient evidence to support the charges of this RVR. The SHO notes that ABUNDIS entered plea of guilty with an explanation is not sufficient to justify the charges. ABUNDIS informed staff of a serious nature that could jeopardize the safety and security of the institution. He stated that he has filed a citizens complaint against a staff member at San Quentin and ABUNDIS stated this problem has been ongoing since 1992. ABUNDIS testimony is supported by the actions of ICC since they elected to retain ABUNDIS and not reaffirm their previous orders to release ABUNDIS to the Special Program or other suitable program. ABUNDIS was last seen by ICC on February 22, 2006 and ICC retained ABUNDIS. ABUNDIS stated that they retained him to further investigate his allegations against staff. The SHO finds that ABUNDIS testimony is credible.

The SHO notes that time constraints have not been meet; therefore, credit forfeiture is prohibited. The SHO considered all available evidence and does not find a preponderance of evidence to support the charges of this RVR. Therefore, the SHO elects to dismiss this RVR in the interest of justice.

**Disposition**: After review has been completed by the CDO, a copy of this disciplinary report will be sent to the Register of Institution Violations, the original copy of this disciplinary will be given to the inmate and all other copies of this disciplinary will be destroyed. Notice will be sent to Records staff to remove the CDC 804 from the Central file.

**Additional penalties**: No additional penalties asset.

| SIGNATURE OF WRITER C. TILESTON | TITLE Correctional Lieutenant | DATE NOTICE SIGNED 5/5/06 | |
|---|---|---|---|
| COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 5/15/06 | TIME SIGNED: 0900 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C

PAGE 1 OF 1

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| V-79678 | ABUNDIS | D5-06-C-02-01 | SQSP | 5/5/06 |

| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF: | ☐ CDC 115 CIRCUMSTANCES | ☑ HEARING | ☐ I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** The hearing was convened on Friday, May 05, 2006, at approximately 1500 hours, when I introduced myself to ABUNDIS as the Hearing Officer for this disciplinary. ABUNDIS stated he was in good health with normal vision and hearing. ABUNDIS acknowledged that he received a copy of the following document more than 24 hours in advance of the hearing: CDC-115. This report as well as the disciplinary charge of REFUSING A DIRECT ORDER were reviewed with ABUNDIS in the hearing. He stated that he understood both and that he was prepared to begin the hearing.

**District Attorney:** This has not been referred for criminal prosecution.

**Due Process:** The disciplinary was served on the inmate within 15 days of discovery. However, the hearing has not been held within 30 days of service on the inmate. Per CCR 3320 (f)(1), time constraints have been exceeded and credit forfeiture cannot be assessed.

**Effective Communication:** ABUNDIS was able to fully understand the SHO throughout the proceedings. ABUNDIS did not indicate that he had any misunderstandings. The SHO asked ABUNDIS if he understood the proceedings and ABUNDIS stated that he understood the proceedings and was ready to proceed with the hearing. The SHO instructed ABUNDIS to read the RVR to ensure that ABUNDIS understood what he was being charged with.

**Staff Assistant:** A Staff Assistant was not assigned as ABUNDIS agrees that he speaks English, is literate (that is, reads at 4.0 or above), the issues are not complex and a confidential relationship is not required. In the hearing, ABUNDIS confirmed that assignment of a Staff Assistant was not necessary. ABUNDIS does not meet the criteria per CCR 3315 (d)(2)

**Investigative Employee:** Correctional Officer S. Clain was assigned as the Investigative Employee. IE was reviewed in hearing. ABUNDIS acknowledges receiving and reviewing the completed IE report more than 24 hours in advance of the hearing. In the hearing, ABUNDIS stated that he is satisfied with the completed report.

**Request for Witnesses:** ABUNDIS waived all witnesses and the SHO requested none.

**Video and photo evidence:** Videotape evidence was not an issue for this hearing.

**Plea:** Guilty with an explanation

**Hearing testimony:** ABUNDIS gave the following testimony as his defense:

> I have had an ongoing problem with a staff member at San Quentin State Prison since 1992. My Parole Agent was made aware of this problem and I have been interviewed by ISU staff at this prison in the past related to the ongoing issue between the officer and I. ICC is aware of the problem and retained me in Administrative Segregation pending the arrival of my achieve file to review concerning my concerns. Also my current CDC 812 does not reflect my former enemies. I told the staff of all this and they agreed that I should not have been kicked out of Ad-Seg.

**Finding:** Not guilty of the Div. F (3) offense DISOBEDIENCE WHICH BY REASON OF INTENSITY OR CONTEXT CREATES A POTENTIAL FOR VIOLENCE OR MASS DISRUPTIVE CONDUCT. The charged offense requires evidence that the inmate was given an order and the inmate disobeyed this order. It requires evidence that this disobedience or disrespect had a clear potential for violence because of either its context or intensity. This finding is based upon the following preponderance of evidence:

| SIGNATURE OF WRITER | | TITLE | | DATE NOTICE SIGNED | |
|---|---|---|---|---|---|
| C. TILESTON | | Correctional Lieutenant | | 5/5/06 | |
| COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: | | TIME SIGNED: |
| | | | 5·15·06 | | 0900 |

1/19/07

"NON / 8/2   "Serieuse/ Enemy's"

CON.   "Street Issues"

RECEIVED CAL APPEALS AUG 2 1 2007

(1) LARRY ~~CaBeb~~ CaballeRO

Race: mex / indio   Age: 40-45   Hight: 5'8 c'a

city: HaywARD   County: Alameda / Region II

AKA: CHUCO

✓ (2) BERIDILLO / PEDIA

Race: other/mex   Age: 35-40   Height: 5'6   AKA: MALO

city: Gilroy   lived: SAN JOSE   sentence: 25 L ?

2005-2006   S,Q,S,P   C-section / A-section

(3) Johnny ROMERO / F-??? = ?-39??

Race: Porte Rican   Age: 38-42   Hight: 5'8

city: San fransisco   AKA: Sleepy

(4) Bennie Oldavacia

Race: Porte Rican   Age: 35-40   Hight: 5'10

city: San Jose / 25 L Sentence.   AKA: Boxer / "Puppet"

(5) DEBriefing: DAVID Keaton / SAN leandro

AKA CharKY

(6) DeBriefin: "BABY Rey" / HaywaRD

SCREENED OUT   AUG 2 1 2007

(7) DeBriefing: Me?ko / freamont

Dec # CC7 3661 SE (PR)

(8) E. GARCIA / S. Garcia — ~~Antioch~~ / RECEIVED OR APPEAL AUG 1 2007 Antioch

Race : Mex : Hight : 6'1   Age : 38 - 40

AKA : Manos - stretch / S.Q.S.P / 2006 — D-Section
A. Section

(9) MARtinez — E.28255 / 128 $^B$   8-25-05   Memo 9-12-99

(10) ReDriguez — Y 39970

(11) MARtinez — V. 63638

(12) Leon - T 43637

(13) ~~rbuce ele~~ B. — H-83969 - 128 $^B$ - 12-29-06

(14) MALE unknown ? IS Number 2nd on
other side is need Confirmed / Indified
is Holding my mainline status up ! 5
Hard ship transo - 128  12/29/06  P.v.s P.a.yard :
Serious enemy's from street ? Prisono

x [signature] Stan Alenda
V-79678
ASU — 1-37$^6$

" "
Note : I.C.C with
? in 10 days

AUG 1 5 2007

FCL    I    3384.7, 3291./3378/
3391.  3004,

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| ABUNDIS | V-79678 | A.S.U-S | 1-37 |

A. Describe Problem: ON 7/13/07 I ARRived Here from P.V.S.P my 3378, 812
NON/CONFidental is not being correctly Done By counselor Mr. BRown
3 REquest slips two 602' Have failed only "1" Response thats on appeal
I strongly feel Do to Reprisals to complaint filed in court! I
HAVE been Harressed By staff being ~~posted~~ comments
made by staffs I Been sent Here! my family Has contacted Mr Brown
on Hardship trans. that should of Been in c-file S.Q.S.P? Doctor's papers
on the way i'm out of Bay Area "SNY"-prea out! But sent Here Do to Reprisals.
If you need more space, attach one additional sheet. Do to enemy's Being Down as unknown In Danger my
SaFty 3378 title 15 3270 AND law suit is revealed to staff

B. Action Requested: (1) REQuest Trans./SNY (2) I.G.I locate
and correctly fix NONE/CON 812 (3) Copy Given to
me for future Problems! do to complaint filed, (4) Approve
Hard ship trans. Do to Mother Grandmother medical problems Have no ...

Inmate/Parolee Signature: _Stw Abundis_    Date Submitted: 8/9/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

SCREENED OUT    AUG 21 2007



Stee R Abendie
C.D.C V-79678  A.S.137
P.O. Box 5004
Calipatria, Cal.
92233-5004

Legal mail
Confidential
3411 C.F.3
3 of 3

GENERATED FROM
CALIPATRIA STATE PRISON

UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES
02 1A
0004627869  FEB 12 2008
MAILED FROM ZIP CODE 92233

Office of the clerk
U.d. District Court
Northern District of California
450 Golden Gate Ave,
San Francisco, Cal.
.94102.

RECEIVED
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA