| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| **RULES VIOLATION REPORT - PART C** | | | | PAGE___ OF___ | |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | | TODAY'S DATE |
| V-79678 | ABUNDIS | 06-FS-12-013 | PVSP-III | | 01/17/07 |
| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☒ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

### DUE PROCESS

The pre-hearing copy of the CDC-115 was issued to inmate ABUNDIS on 12/28/06, which is within 15 days of the date of discovery of the alleged misconduct. The hearing was conducted within 30 days of issuance of the pre-hearing copy. All time constraints have been met. There are no due process issues barring forfeiture of credit. Inmate ABUNDIS acknowledged receipt of the following reports; CDC-115, CDC-115A, and Investigative Employee Report, which may be used as evidence during the hearing, more than 24 hours prior to the hearing, and stated he was ready to proceed with the hearing.

### INVESTIGATIVE EMPLOYEE/STAFF ASSISTANT

An Investigative Employee was assigned. A Staff Assistant was not assigned.

### MENTAL HEALTH DELIVERY SYSTEM

ABUNDIS is not a participant in the Mental Health Delivery System.

### INMATE'S STATEMENT

Inmate ABUNDIS, V-79678: Elected to make no other statement than to plead guilty.

### WITNESS/EVIDENCE

Witnesses were originally requested, but were waived by ABUNDIS as indicated by his signature on the CDC-115-C. Inmate ABUNDIS did not request any additional material/evidence to be presented at this hearing.

### REQUESTED WITNESSES

None

### FINDINGS

Subject was found **GUILTY** of violating CCR section, 3005(b), for the specific act of, REFUSING A DIRECT ORDER - REFUSING TO ACCEPT A CELL PARTNER. The preponderance of evidence presented at the hearing did substantiate the charge. The specific evidence supporting the finding is the Reporting Employee's written report, which relates that the defendant signed the CDC-1882(b) form agreeing to move in with inmate KEO, V-67117, however, the defendant later informed Sergeant D.D. Reeves that he would not concede to this move. Sergeant Reeves counseled the defendant regarding this move and the expectations for inmates to double cell, with negative results. The defendant stated, "I don't want a cellie. I can't live with him. He's one of my enemies. Sergeant Reeves reviewed the CDC-114 of both the defendant and inmate KEO, and neither listed the other as an enemy. Based on the above it is very clear to this SHO that the defendant is guilty of the specific act of: Refusing a Direct Order - Refusing to Accept a Cell Partner.

### ADDITIONAL COMMENTS REGARDING FINDINGS

SHO also notes the defendant's own admission of guilt at the time of the hearing.

SIGNATURE OF WRITER: J.L. BROWN, Senior Hearing Officer
DATE SIGNED: 1/7/07

GIVEN BY: (Staff's Signature)
DATE SIGNED: 1/28/07
TIME SIGNED: 1700

☒ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)        OSP 99 25082

CDC-804 recorded in Log Book on: _____ by: _____
CDC-804 sent to Records on: _____ by: _____

STATE OF CALIFORNIA                                                  DEPARTMENT OF CORRECTIONS
# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | 4/15/09 | P.V.S.P. | AFB1-201L | 06/FA-11-068 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR§3005(c) FORCE AND VIOLENCE | THREATENING AN INMATE | 'A' PROGRAM | 11/25/06 | 1730 |

CIRCUMSTANCES

On Saturday, November 25, 2006, at approximately 1730 hours, Inmate Abundis, V-79678, (AFB1-201L), while in the Facility 'A' Program Office, informed me he was not going to lock up in his assigned cell. I asked Abundis why he would not return to his cell? Abundis stated if he was put back into his assigned cell he would attack and kill his cell mate, inmate Martinez, V-63638. Due to his statement inmate Abundis was subsequently re-housed in Ad/Seg. Inmate Abundis is not a participant in the Mental Health Services Delivery System and has a reading TABE score level noted as above 4.0 and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| E. McBride, Correctional Sergeant | 12-3-06 | PROGRAM SGT | F/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☒ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| J. Duty, Correctional Sergeant | | AD/SEG-11/28/06   ASU- |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | F | 12/8/06 | E.H. Beels, Facility A Captain | ☐ HO ☒ SHO ☐ SC ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | | | DATE | TIME |

HEARING                          PLEA: NOT GUILTY  •  FOUND: GUILTY

On 01/02/07, at 1042 hours, Inmate ABUNDIS appeared before this Senior Hearing Officer (SHO). The purpose of this hearing and the inmate's rights were explained. He stated that he was in good health.

PLEA: The charge was read to the inmate and he pled: NOT GUILTY

DISPOSITION: Assessed a credit forfeiture of 30 days for a Division "F" offense. Subject was counseled and reprimanded regarding conduct. He was receptive to counseling.

ADDITIONAL COMMENTS REGARDING DISPOSITION: During the hearing inmate ABUNDIS stated that he does not consider inmate MARTINEZ, V-63638, an enemy and can program on the same Facility. Subject was advised of his rights and procedures to appeal this action. He was also advised of the procedures regarding credit restoration. He was informed that he would receive a final copy of this report at the completion of the CDO audit.

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | | | |
|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
| D.B. Petrick, Correctional Lieutenant | | 1/5/07 | 0426 |
| REVIEWED BY: (SIGNATURE) | | DATE | |
| R. Villarreal, Facility A Captain (A) | CHIEF DISCIPLINARY OFFICER'S SIGNATURE: J.M. Mattingly, A/W Housing A/B | 1/20/07 | |
| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) C. Navarro | DATE 01/20/07 | TIME 1900 |

CDC 115 (7/88)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS (W) | CCR§3005(c) | 11/25/06 | P.V.S.P. | 06/FA-11-068 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. — INMATE'S SIGNATURE / DATE

☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. — INMATE'S SIGNATURE / DATE

DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION

☐ **I REVOKE** my request for postponement. — INMATE'S SIGNATURE / DATE

## STAFF ASSISTANT

INMATE'S SIGNATURE / DATE

STAFF ASSISTANT
☐ REQUESTED    ☐ WAIVED BY INMATE
☐ ASSIGNED    DATE / NAME OF STAFF
☒ NOT ASSIGNED    REASON: Inmate can read, write and speak English. Does not meet criteria pursuant to CCR §3315(D)(2)(A)

## INVESTIGATIVE EMPLOYEE

INMATE'S SIGNATURE / DATE

INVESTIGATIVE EMPLOYEE
☐ REQUESTED    ☐ WAIVED BY INMATE
☒ ASSIGNED    DATE 12/13/06    NAME OF STAFF E. Clark
☐ NOT ASSIGNED    REASON: Inmate not segregated, can gather own information. Does not meet criteria pursuant to CCR§3315(d)(1)(A)

EVIDENCE / INFORMATION REQUESTED BY INMATE: — NONE —

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS):
☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER    ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 12/10/06, I, Correctional Officer E. Clark, interviewed Inmate Abundis, V-79678, in regards to CDC-115 log number 06-FA-11-068. I informed Abundis of my appointment as Investigative Employee and he had no objection.

**INMATE'S STATEMENT:** Abundis, V-79678, stated:" I went to committee and they already gave me a SHU term for this. Refer to original 114D and you'll see that they changed the reason they locked me up after I went to the hole

**REPORTING EMPLOYEE'S STATEMENT:** Correctional Sergeant E. McBride, stated: "While I was questioning Inmate Abundis about why he wasn't going to lock up he told me that if he was put back in his cell he would attack and kill his cellie."

I agree to waive my witnesses at the time of the hearing.
1/9/07

E. Clark, Correctional Officer
INVESTIGATOR'S SIGNATURE    DATE 12/13/06

☒ COPY OF CDC 115-A GIVEN INMATE    BY: (STAFF'S SIGNATURE)    TIME 2055    DATE 12/13/06

CDC 115-A (7/88)    — If additional space is required use supplemental pages —    OSP 03 74845

| STATE OF CALIFORNIA | | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|---|
| **RULES VIOLATION REPORT - PART C** | | | | | PAGE __ OF __ |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | | TODAY'S DATE |
| V-79678 | ABUNDIS | 06/FA-11-068 | PVSP | | 01/02/07 |
| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☒ HEARING | ☐ IE REPORT | ☐ OTHER |

**DUE PROCESS:** The pre-hearing copy of the CDC-115 was issued to Inmate ABUNDIS on 12/10/06, which is within 15 days of the date of discovery of the alleged misconduct. The hearing was conducted within 30 days of the issuance of the pre-hearing copy. All time constraints have been met. There are no due process issues barring the forfeiture of credit. Inmate ABUNDIS acknowledged receipt of the following reports, which may be used as evidence during the hearing, more than 24 hours prior to the hearing CDC-115, CDC-115A. He stated that he was ready to proceed with the hearing.

**INVESTIGATIVE EMPLOYEE / STAFF ASSISTANT:** An Investigative Employee Correctional Officer E. Clark was assigned. A Staff Assistant was not assigned. Inmate ABUNDIS is NOT currently a participant in the Mental Health Services Delivery System at the CCCMS level of care, the behavior leading up to and during the misconduct observed by staff was not bizarre, unusual, or uncharacteristic, and has a T.A.B.E. score above 4.0. Therefore, no Staff Assistant was assigned.

**HEARING:** The charge was read to the inmate and he pled: NOT GUILTY. The hearing was postponed on 01/02/06, at 1047 hours due to NEEDING REQUESTED WITNESS, and reconvened on 01/09/07, at 1735 hours.

**INMATE'S STATEMENT:** "I would not say that I got out of the cell and that is what I wanted."

**WITNESSES / EVIDENCE:** Witnesses were originally requested but elected to waiver his right to have witnesses present during the hearing as indicated by inmate ABUNDIS'S signature on the CDC-115A. Inmate ABUNDIS did NOT request additional materials and/or evidence to be presented at his hearing.

**FINDINGS:** Subject was found GUILTY of violating CCR Title 15 § 3005(c), for the specific act of: THREATENING AN INMATE. The preponderance of evidence presented at the hearing did substantiate the charge.

**SHO DETERMINATION:** SHO determination was based on the following:

As defined in P.C. 76 a threat means a verbal or written threat or a threat implied by a pattern of conduct or a combination of verbal or written statements and conduct made with the intent and the apparent ability to carry out the threat so as to cause the person who is the target of the threat to reasonably fear for his or her safety or the safety of his or her immediate family.

Serious bodily harm includes serious physical injury or serious traumatic condition.

Immediate family means a spouse, parent, or child, or anyone who has regularly resided in the household for the past six months.

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | D.B. Petrick, Correctional Lieutenant | | 1/2/07 |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) C/O Navarro | DATE SIGNED 1-26-07 | TIME SIGNED 1900 |

CDC 115-C (5/95)   OSP 99 25082

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE ___ OF ___ |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
| V-79678 | ABUNDIS | 06/FA-11-068 | P.V.S.P. | 12/10/06 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☒ IE REPORT  ☐ OTHER

**STAFF WITNESS STATEMENT:** NONE

**INMATE WITNESS STATEMENT:** NONE

**INVESTIGATIVE EMPLOYEE STATEMENT:** I completed the interview with inmate Abundis and he had no questions for witnesses, he wants all witnesses present at his hearing.

REPORTING EMPLOYEE REQUESTED AT HEARING: YES
INVESTIGATIVE EMPLOYEE REQUESTED AT HEARING: NO
STAFF WITNESSES REQUESTED AT HEARING: J. Franco and Rojas
ADDITIONAL INFORMATION IN CONFIDENTIAL REPORTS: NO
A copy of this I.E. Report was given to Abundis, V-79678,
on 12/2/06 at 1920 by E. Clark

SIGNATURE OF WRITER: E. CLARK, CORRECTIONAL OFFICER  DATE SIGNED: 12/2/06

☒ COPY OF CDC 115-C GIVEN TO INMATE
GIVEN BY (Staff's Signature)  DATE SIGNED: 12/2/06  TIME SIGNED: 1920

CDC 115-C (5/95)  OSP 99 25082

# STATE OF CALIFORNIA
# RULES VIOLATION REPORT
## DEPARTMENT OF CORRECTIONS

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| V-79678 | ABUNDIS | | EPRD 5-18-2027 | PVSP | DFB1-213L | 07/FD-05-012 |
| VIOLATED RULE NO(S). | SPECIFIC ACTS | | | LOCATION | DATE | TIME |
| CCR Title 15 § 3005 (a) | WILLFULLY DELAYING A PEACE OFFICER IN PERFORMANCE OF THEIR DUTY | | | D-PROGR | 05/07/07 | 1740 |

311 - 05/10/07
A5U-139U

**CIRCUMSTANCES**

On Monday, May 07, 2007, at approximately 1740 hours, during chow release I was approached by Inmate ABUNDIS, V-79678, DFB1-213L, in front of "D" dining. ABUNDIS stated that he needed to speak to someone about a problem with his cellie Inmate CROMMELIN, K-21954, DFB1-213L. I asked what the problem was? ABUNDIS stated, "I know him from the streets, I had a problem with an uncle on the street's and he continues to bring it up! we squared off and almost came to blows". I asked ABUNDIS if he considered Inmate CROMMELIN an enemy and he stated "yes". I then escorted ABUNDIS to the MTA Clinic holding cell and completed chow release. At approximately 1850 hours I escorted Inmate ABUNDIS to the Captain's Office. Captain Spearman attempted to resolve the situation by having ABUNDIS and CROMMELIN talk in the Captain's Office. After approximately 20 minutes CROMMELIN said he would sign Compatibility Chronos, but that ABUNDIS wouldn't sign anything. I placed ABUNDIS in handcuffs and escorted him to the MTA Clinic for Medical Evaluation prior to AD-SEG placement, due to ABUNDIS'S failure to program on an SNY Facility, Staff was delayed approximately 1½ hours for Interviewing and Generating paper work to re-house ABUNDIS in AD-SEG. Inmate ABUNDIS is NOT a participant in the Mental Health Services Delivery System at the CCCMS level of care. Inmate ABUNDIS is noted as having a T.A.B.E. score ABOVE 4.0 and DOES NOT require a Staff Assistant. Inmate ABUNDIS is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| M. Craness, Correctional Officer | 5/1/ | DELTA S&E #1 | S/S |
| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| D. May, Correctional Sergeant | 5-10-07 | DATE 5/15/07 | LOC. A5U 139U |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D6 | 5-15-07 | M.E. Spearman, Facility D Captain | ☐ HO ☒ SHO ☐ SC ☐ FC |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | S/o R. Montez | 5/26/07 | 1445 | N/A |
| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) N/A | DATE N/A | TIME N/A | BY: (STAFF'S SIGNATURE) N/A | DATE | TIME |

**HEARING**

PLEA: **NOT GUILTY** • FOUND: **GUILTY**

On 06/18/07, at 2000 hours, Inmate ABUNDIS appeared before this Senior Hearing Officer (SHO). The purpose of this hearing and the inmate's rights were explained. He stated that he was in good health and was ready to proceed with the hearing.

PLEA: The charge was read to the inmate and he pled: **NOT GUILTY**

DISPOSITION: SHO elects to reduce to Administrative and further elects to reduce to CDC-128A based on progressive discipline. Referred to ICC for the following: transfer. Subject was counseled and reprimanded regarding conduct. He was receptive to counseling.

ADDITIONAL COMMENTS REGARDING DISPOSITION: Subject was advised of his rights and procedures to appeal this action. He was informed that he would receive a final copy of this report at the completion of the CDO audit.

REFERRED TO: ☐ CLASSIFICATION   ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| G. Mills, Correctional Lieutenant | | | |
| REVIEWED BY: (SIGNATURE) D.R. Foreman, Facility D Captain | DATE 6/25/07 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE M.E. Spearman, Associate Warden | DATE 6-27-07 |
| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) S/o R. Montez | DATE 6-30-07 | TIME 1900 |

CDC 115 (7/88)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**RULES VIOLATION REPORT - PART C**
PAGE 3 OF 3

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| V-79678 | ABUNDIS | 07/FD-05-012 | PVSP | 06/18/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER

**SHO DETERMINATION:** SHO determination was based on the following preponderance of evidence:

1. The reporting employee's report which states in part..."During chow release I was approached by Inmate ABUNDIS, V-79678, DFB1-213L, in front of "D" dining. ABUNDIS stated that he needed to speak to someone about a problem with his cellie Inmate CROMMELIN, K-21954, DFB1-213U. I asked what the problem was? ABUNDIS stated, "I know him from the streets, I had a problem with an uncle on the street's and he continues to bring it up! we squared off and almost came to blows". I asked ABUNDIS if he considered Inmate CROMMELIN an enemy and he stated "yes". I then escorted ABUNDIS to the MTA Clinic holding cell and completed chow release. At approximately 1850 hours I escorted Inmate ABUNDIS to the Captain's Office. Captain Spearman attempted to resolve the situation by having ABUNDIS and CROMMELIN talk in the Captain's Office. After approximately 20 minutes CROMMELIN said he would sign Compatibility Chronos, but that ABUNDIS wouldn't sign anything. I placed ABUNDIS in handcuffs and escorted him to the MTA Clinic for Medical Evaluation prior to AD-SEG placement, due to ABUNDIS'S failure to program on an SNY Facility, Staff was delayed approximately 1½ hours for Interviewing and Generating paper work to re-house ABUNDIS in AD-SEG."

2. Inmate ABUNDIS admission of guilt by way of his statement during the hearing.

3. The standard of guilt or innocence in this Administrative Hearing is preponderance of evidence, more than fifty percent, one way or the other. There is sufficient evidence in this case to prove the inmate ABUNDIS did in fact willfully delay a peace officer in the performance of their duty.

4. Pursuant to CCR §3005 (a) "Inmates and parolees shall obey all laws, regulations, and local procedures, and refrain from behavior which might lead to violence or disorder, or otherwise endangers facility, outside community or another person." Failure to comply with the above CCR section, coupled with the documented evidence presented at the hearing, substantiates this finding of Guilty for the Specific Act; "WILLFULLY DELAYING A PEACE OFFICER IN PERFORMANCE OF THEIR DUTY"

**ADDITIONAL COMMENTS REGARDING FINDINGS:** SHO considered all information and determined that the time spent would be consistent with AD-SEG placement. Reduce to CDC-128A in that the enemy situation should be documented in his C-File. During the hearing the defendant revealed he does consider inmate CROMMELIN, K-21954, an enemy and can not program on the same yard.

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| 213  G. Mills, Correctional Lieutenant | |

| | GIVEN BY (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | S/O R. Mo____ | 6-30-07 | 1900 |

CDC 115-C (5/95)

OSP 99 25082

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE 2 OF 3 |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
| V-79678 | ABUNDIS | 07/FD-05-012 | PVSP | 06/18/07 |
| ☐ SUPPLEMENTAL  ☒ CONTINUATION OF: | | ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER | | |

**DUE PROCESS:** The pre-hearing copy of the CDC-115 was issued to Inmate ABUNDIS on 05/20/07, which is within 15 days of the date of discovery of the alleged misconduct. The hearing was conducted within 30 days of the issuance of the pre-hearing copy. All time constraints have been met. There are no due process issues barring the forfeiture of credit. Inmate ABUNDIS acknowledged receipt of the following reports, which may be used as evidence during the hearing, more than 24 hours prior to the hearing, CDC-115, CDC-115A, CDC-7219 Medical Report and Investigative Employee Report.

**D.A. REFERRAL:** This matter has not been referred to the local District Attorney for criminal prosecution.

**INVESTIGATIVE EMPLOYEE:** An Investigative Employee was assigned.

**STAFF ASSISTANT:** A Staff Assistant was not assigned. Although inmate ABUNDIS is not a participant in the Mental Health Services Delivery System, at the CCCMS level of care, the behavior leading up and during this misconduct observed by staff was not bizarre, unusual or uncharacteristic; Inmate ABUNDIS is noted as having a T.A.B.E. score above 4.0. Therefore, a Staff Assistant was not assigned.

**HEARING:** The charge was read to the inmate and he pled: **NOT GUILTY.**

**INMATE'S STATEMENT:** "We were listed as enemies under my old "D" number and he still won't let it go."

**WITNESSES / EVIDENCE:** Witnesses were originally requested but were waived by inmate ABUNDIS during the hearing as indicated by his signature on the CDC-115A. Inmate ABUNDIS did not request additional materials and/or evidence to be presented at his hearing.

**EVIDENCE PRESENTED AT THE HEARING:**
Rule Violation Report, Log #:07/FD-05-012          Dated: 05/07/07
CDC-7219 Medical Report(s)                              Dated: 05/07/07
Investigative Employee's Report                          Dated: 05/20/07
Subject's admission of guilt by way of his statement during the hearing.

**FINDINGS:** Subject was found GUILTY of violating CCR Title 15 § 3005(a), for the specific act of: **WILLFULLY DELAYING A PEACE OFFICER IN PERFORMANCE OF THEIR DUTY.** The preponderance of evidence presented at the hearing did substantiate the charge.

| | SIGNATURE OF WRITER  G. Mills, Correctional Lieutenant | DATE SIGNED |
|---|---|---|
| 213 | | |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature)  DATE SIGNED 6-30-07 | TIME SIGNED 1900 |

CDC 115-C (5/95)                                                                          OSP 99 25082

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE 3 OF 3 |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
| V-79678 | ABUNDIS | 07/FD-05-012 | PVSP | 05/20/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☒ IE REPORT  ☐ OTHER

**INVESTIGATIVE EMPLOYEE STATEMENT: (Continued)**

Inmate ABUNDIS had a question for Correctional Officer M. Chamness (Reporting Employee); after interviewing Officer Chamness, he stated "Yes, ABUNDIS did get on the curb like he was instructed, but that's not what I wrote him up for."

I interviewed Correctional Lieutenant K.J. McCoy and he stated "Yes, I did tell the clerk to type the 114D, I had wrote."

I interviewed Correctional Officer D. Torres was interviewed and it was determined Officer Torres was not in Building #1, the night of the incident and did not know of the situation inmate ABUNDIS and inmate CRIMMELIN had.

I interviewed Correctional Officer K. Conyers and he stated, "That ABUNDIS had asked for a convience bed move to move CROMMELIN into his cell after a few weeks went by ABUNDIS told him that the two of them were having issues, but never mentioned they were going to fight."

I interviewed inmate CROMMELIN, K-21954, and he stated "They had told building staff of their problems on a few occasions and needed a move."

At the completion of my investigation, I submitted all questions, answers and statements as they were given to me. This concludes my involvement with this incident.

**STAFF WITNESS REQUESTED AT HEARING:** Yes

Correctional Sergeant C. Sobbe
Correctional Officer K. Conyers
Correctional Officer D. Torres

**REPORTING EMPLOYEE REQUESTED AT HEARING:** Yes

Correctional Officer M. Chamness

**INMATE WITNESS REQUESTED AT HEARING:** Yes

Inmate CROMMELIN, K-21954, DFGYM-103M

**INVESTIGATIVE EMPLOYEE REQUESTED AT HEARING:** No
**ADDITIONAL INFORMATION IN CONFIDENTIAL REPORTS:** None

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| R. Montez, Correctional Officer | |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| [signature] | 6/13/2007 | 1500 |
| [signature] R. Montez | 6/30/07 | 1900 |

☒ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)    OSP 99 25082

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS AND REHABILATATION |
|---|---|---|---|---|
| SERIOUS RULES VIOLATION REPORT – PART C | | | | PAGE ____ OF ____ |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
| V-76678 | ABUNDIS | 08-07-A5-001 | CAL-CSP IV | 09-05-07 |
| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER ____ | | |

Wednesday, September 05, 2007, at approximately 1010 hours, Inmate ABUNDIS appeared before me in regards to this Rule Violation Report (RVR), charging him with violation of the California Code of Regulations (CCR), Title 15, Section 3005 (b) for the specific act of DISOBEYING A DIRECT ORDER, a Division F Offense. The Senior Hearing Official (SHO) introduced himself and explained hearing rules and procedures. Inmate ABUNDIS demonstrated understanding by explaining the circumstances and identifying the specific act. Upon completion, the SHO determined effective communication had been accomplished and proceeded with the hearing. Inmate ABUNDIS stated that he was in good health. Inmate ABUNDIS is not a participant in the Mental Health Services Delivery System (MHSDS) and he is not a participant in the Disability Placement Program (DPP).

**DUE PROCESS**: In the hearing, Inmate ABUNDIS verified that he received all pertinent documents more than twenty-four (24) hours prior to the hearing. The preliminary copy of the report was served to Inmate ABUNDIS within fifteen (15) days of discovery and the hearing was held within thirty (30) days of service. All time constraints have been met. There are no Due Process violations.

**STAFF ASSISTANT**: A Staff Assistant was not assigned pursuant to 3315 (d) (2). Because T.A.B.E. was not below score of 4.0 on the literacy test and the complexity of the issues are such that an assistant was not necessary

**INVESTIGATIVE EMPLOYEE**: An Investigative Employee was not assigned per CCR 3315(D)(1)

**INMATES PLEA**: The charges were read to Inmate ABUNDIS and he plead NOT GUILTY.

**INMATES STATEMENT**: Inmate ABUNDIS stated: "I'm not going to line because I still have enemies. My 812 is not updated."

**WITNESSES**: Inmate ABUNDIS chose not to have witnesses at this hearing as per his signature on the CDC-115-A.

**FINDINGS**: Inmate ABUNDIS was found **GUILTY** of violating CCR, Section 3005 (b), for the specific act of DISOBEYING A DIRECT ORDER. This finding was based on a preponderance of evidence submitted at the hearing, which is considered valid and **does** substantiate the charge. This evidence includes:

A) The Reporting Employees Report, which states in part: On Thursday, August 16, 2007, at approximately 1330, while performing my duties as AD-SEG S&E, I approached cell A5-137L solely occupied by Inmate ABUNDIS (V-79678) and ordered him to prepare to be released to D Facility (SNY) per ICC directive. Inmate ABUNDIS said that he would not go. I gave ABUNDIS a direct order to go to Facility D, he refused stating, "I'm not going."

**DISPOSITION**: Inmate ABUNDIS was assessed:

30 Days Forfeiture of Credits consistent with a Division (F) Offense.
10 Days Loss of Yard starting on 09-06-07 and ending on 09/16/07.

Inmate ABUNDIS was counseled and reprimanded regarding program expectations and was advised about future behavioral expectations. Inmate ABUNDIS was notified as to CCR 3327, Restoration of Forfeited Credits, CCR 3328, disciplinary free periods, and CCR 3329, Extraordinary Circumstances.

Inmate ABUNDIS **was** advised of his right to appeal the findings and/or disposition of the hearing, pursuant to CCR 3084.1, and also advised that he would receive a complete copy of this hearing report upon final audit by the Chief Disciplinary Officer (CDO). He was further advised the CDO affirms, reverses, or modifies this disciplinary action and constitutes the First Level of Review for appeal purposes.

| | SIGNATURE OF WRITER D. GONZALES, Correctional Lieutenant | | DATE SIGNED 9-6-07 |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVE N TO INMATE | GIVEN BY: (Staff's Signature) R. Dickman | DATE SIGNED 10-1-07 | TIME SIGNED 0930 |
| CDC 115-C (5/95) | | | |

**FILED**

FEB 15 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Mr. Steve R. Abundis
C.D.C. # V-79678   A-5-137L  GENERATED FROM CALIPATRIA STATE PRISON
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential · Legal
Mail

**RECEIVED**
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
94102