# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | PVSP S | 1. | 2 |
| 2. |  | 2. |  |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ABUNDIS | V-79678 | ASU | HSU-1-112 |

**A. Describe Problem:** On 12/28/06 went to I.C.C. to get off manegment they not only went against title 15' Rules and Regulation set forth By Sacramento. These allowed sgt. Reeves that i've had past issue's with staff to use manegment as a ABusive tool against me. I have Been on this so called cell-manegment only for not receiveing a cell partnak that could of caused myself problems himself and A.S.U [uncompatible reason's.] I been on cell Manegment sence 12-19-06 today is 13-day's already past title 15's time limitation's Refere to title 15' Rule Regulations manuel.

If you need more space, attach one additional sheet.

**B. Action Requested:** (1) Be taken off manegment do to title 15's time limitation's implemented By sacramento & for this ABusive Reason's By "staFF" (2) Need log Number for Documentation Reason's (3) Receive titl. 15' for this Appeal form and legal purpose's.

Inmate/Parolee Signature: _____ Date Submitted: 12/30/06

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

**FEB 1 3 2007**

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE___OF___ | |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | | TODAY'S DATE |
| V-79678 | ABUNDIS | 05-06-C-02-01 | CSP-S.Q. | | 02-16-06 |
| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

### (CONTINUATION OF CDC-115 I. E. REPORT)

On Thursday, February 16, 2006, at approximately 1040 hours, I contacted and interviewed Inmate ABUNDIS V-79678. I informed the subject, "I HAVE BEEN ASSIGNED AS YOUR INVESTIGATIVE EMPLOYEE, DO YOU HAVE ANY OBJECTIONS TO MY ASSIGNMENT?" Subject stated, "No."

Inmate ABUNDIS, already received a copy of the Disciplinary Report (CDC-115).

I asked Inmate ABUNDIS, "DO YOU UNDERSTAND THE CHARGE(S) AGAINST YOU?"

Inmate ABUNDIS stated, "Yes."

I asked Inmate ABUNDIS, "WOULD YOU LIKE TO MAKE A STATEMENT IN REGARDS TO THE CHARGE(S)?"

Inmate ABUNDIS stated, "Yes."

**STATEMENT OF INMATE ABUNDIS V-79678:** "I told Correctional Officer Cabreros there is a complaint pending in Sacramento, by my family, because the one that was sent here wasn't responded to by staff here on a 602 complaint.

I asked Inmate ABUNDIS, "DO YOU HAVE ANY WITNESSES TO BE INTERVIEWED?"

Inmate ABUNDIS stated, "Yes, CCI Miranda."

I asked Inmate ABUNDIS "WHAT QUESTIONS WOULD YOU LIKE ME TO ASK?"

(Question 1): Did I give you a complaint form that filed against Correctional Officers here at San Quentin w/ three witnessess that would support my complaint? (counselor) 602 Appeal 7/14/07

(Question 2): Do you have the 812 listings from my old file? Brown Cal IV Requests D30707 file - Debreifing file - was not updated

(Question 3): Why wasnt my 602 complaint responded to on paper so I could take it to Sacramento?

**STATEMENT OF CCI MIRANDA, (STAFF WITNESS):** (Answer to question 1): No, he never gave me a complaint form. (Answer to question 2): I identified Inmate. (Answer to question 3): I never recieved a 602.

**STATEMENT OF CORRECTIONAL OFFICER S. CLAIN, (INVESTIGATIVE EMPLOYEE):** All appropriate staff and inmates were contacted regarding this matter. All available information has been obtained and incoporated in this report. END OF STATEMENT

SIGNATURE OF WRITER: S. Clain, Correctional Officer      DATE SIGNED: 3-22-06

☒ COPY OF CDC 115-C GIVEN TO INMATE     GIVEN BY: (Staff's Signature) S. Cl—     DATE SIGNED: 3-22-06    TIME SIGNED: 1500

CDC 115-C (5/95)     OSP 99 25082

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category **2**

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: ABundis S.   NUMBER: V-79678   ASSIGNMENT: Appeals-Coordinator (at seg) E-Section   "Appeals-Coordinator"   UNIT/ROOM NUMBER: 7-C-13

A. Describe Problem: upon me going to I.C.C. i was put out for A-Section. I had a complaint on C/o Evans & C/o Davis. No response. On 2-13-06 i sent a citizen's complaint to my family to file with Sacramento Do to me gettin no respose on my other complaint and was "not" investigated properly and is under safty concern and didn receive a response. Also my old D-file is not here from what CCI-miranda stated for all enemy's listings in file. Do to

If you need more space, attach one additional sheet.   see CCR title 15§ section 3001.?

B. Action Requested: ① receive log Number ② and put Document in file. ③ And receive response on 602 form!! So i can take further action. with Sacramento.

Inmate/Parolee Signature: _S. Abundis_   Date Submitted: 2-15-06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: _____

Doc # C07 3661 SI (PR)

2-17-06
INF
02

Re-Issue CDC-114-D

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 9/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE   CENTRAL FILE         CANARY       WARDEN
BLUE    INMATE (2ND COPY)    PINK HEALTH  CARE MGR
GREEN   ASU                  GOLDENROD    INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| ABUNDIS | V79678 |

**REASON(S) FOR PLACEMENT (PART A)**

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

You were originally placed in the SQ-ASU on 5/27/05 based on a local enemy. The reason for your ASU placement has changed. You have claimed that you cannot be safely housed in the San Quentin Special Program Unit due to your allegations of Staff misconduct. Therefore, you will remain in the ASU pending investigation by the SQ ISU into your allegations. ICC will review your case for appropriate housing and program assignments.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| | | | |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

**STAFF ASSISTANT (SA)** | **INVESTIGATIVE EMPLOYEE (IE)**

STAFF ASSISTANT NAME   TITLE | INVESTIGATIVE EMPLOYEE NAME   TITLE

IS THIS INMATE:
LITERATE? [X] YES [ ] NO
FLUENT IN ENGLISH? [X] YES [ ] NO
ABLE TO COMPREHEND ISSUES? [X] YES [ ] NO
MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? [X] YES [ ] NO
DECLINING FIRST STAFF ASSISTANT ASSIGNED? [ ] YES [X] NO

EVIDENCE COLLECTION BY IE UNNECESSARY [X] YES [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE [ ] YES [X] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS [ ] YES [X] NO
DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES [X] NO

Any "NO" requires SA assignment          Any "NO" may require IE assignment
[ ] NOT ASSIGNED                          [ ] NOT ASSIGNED

**INMATE WAIVERS**

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

**WITNESSES REQUESTED FOR HEARING**

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

DECISION: [ ] RELEASE TO UNIT/FACILITY ___ [X] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: _(illegible handwriting)_ Staff employee @ SQ

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | | DATE OF REVIEW |
|---|---|---|---|---|
| | | | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. PVSPS
2. ___

Log No.
1. ___
2. ___

Category ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: ABUNDIS
NUMBER: V-79678
ASSIGNMENT: ASU-1
UNIT/ROOM NUMBER: ASU-1-39

A. Describe Problem: On 06/07/07 I was put in ad-seg on safty/sed issue's, on 5/10/07 was written up 115 By C/o Chamess lo He was informed of safty-sed issue He told me to stand on curb I complyed. He than ask SGT. D-yard what to do SGT. Stated write 812 put Him in cage. 2. It's His Job discription to put Safty+sed of instution+Inmate first. It's His Job to write paper work on a Reporting sed. issue. Inmate CRommlin K-21954 told C/o torrez C/o Connel's we was going to fight and wanted cell move for 3-week's Before May 7th situation.

B. Action Requested: 1. Dismiss Do to title 15 § 3335.(A) 3378.(B) + Safty of Inmate/Sed. Institution procedure's. 2. Also Correctional officers duty to write paper work on safty/sed. issue's and follow SGT. of D-yard order's.

Inmate/Parolee Signature: _Stu Abundis_   Date Submitted: 6/13/07

C. INFORMAL LEVEL (Date Received: ___)

Staff Response:

Staff Signature: ___   Date Returned to Inmate: ___

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: ___   Date Submitted: ___
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number:

JUN 22 2007

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE 2 OF 3 | |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | | TODAY'S DATE |
| V-79678 | ABUNDIS | 07/FD-05-012 | PVSP | | 05/20/07 |
| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☒ IE REPORT | ☐ OTHER |

**REQUESTED STAFF WITNESS:** Correctional Officer M. Chamness
The defendant had the following question for this witness:

Q1) You told me to get on the curb and the Sgt. said to put me in the cage. I followed orders Lt. McKoy told clerk write 114D?
A1) Disallowed. Not relevant. The Rule Violation was not Disobeying Direct Order by standing on curb or not standing on curb. Not submitted in a question format.

**REQUESTED STAFF WITNESS:** Correctional Sergeant C. Sobbe
The defendant had the following question for this witness:

Q1) Sgt. Sobbe who told C/O to put me in cage? After I reported Safety and Security issue that put me ion Ad.Seg. and thats according to Title 15 and Rules regulation.
A12) After submitting question to Sgt. Sobbe it was determined that Sgt. Sobbe wasn't at work the date of the incident.

**REQUESTED INMATE WITNESS:** Inmate CROMMELIN, K-21954, DFB1-213U
The defendant had the following question for this witness:

Q1) How many times you ask and told C/O Conners, C/O Torres floor staff of serious problems in cell. Safety bed issues and did you not tell C/O Torres floor staff do we get to fight and you still was ignored.
A1) We told C/O's in building #1 on a few occassions about our problem in cell and needed a move.

**INVESTIGATIVE EMPLOYEE'S STATEMENT:** On Sunday, May 20, 2007 I informed Inmate ABUNDIS, V-74678, ASU #1-139U, that I was assigned as his Investigative Employee on CDCR-115 Log #07/FD-05-012, that he received on Monday, May 07, 2007, on Facility D. Inmate ABUNDIS appeared to be in good health, receptive and coherent to the interview. I asked Inmate ABUNDIS if he had any objection to my role as his Investigative Employee and inmate ABUNDIS stated "No." I asked him if he saw any inconsistencies in the reports and he said "Yes." He followed the orders the reporting employee gave him, I then informed ABUNDIS he was not being written up for Disobeying A Direct Order, he was being written up for Willfully Delaying A Peace Officer In The Performance Of Their Duty. ABUNDIS was still adamant about the fact that he had followed orders. I began my interview with ABUNDIS and instructed him to write his statement and any questions he had for staff or inmates in the form of a question on a piece of paper. I took possession of the written questions and concluded my interview. I returned to Delta Facility where I began my investigation and interviews with the requested staff and inmates witnesses.

Inmate ABUNDIS had a question for Correctional Sergeant C. Sobbe, at the conclusion of my investigation it was determined that Sergeant Sobbe was not on duty on May 07, 2007.

| | SIGNATURE OF WRITER R. Montez, Correctional Officer | | DATE SIGNED |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) C/O M. Wily/H | DATE SIGNED 6/13/07 | TIME SIGNED 1500 |
| ✗ | C/O R. Montez | 6-30-07 | 1900 |

CDC 115-C (5/95)                                                                                   OSP 99 25082

STATE OF CALIFORNIA                                                                                           DEPARTMENT OF CORRECTIONS
# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| V-79678 | ABUNDIS | CCR § 3005 (a) | 05/07/07 | PVSP | 07/FD-05-012 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT   ☐ YES   ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | N/A |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | N/A |

DATE NOTICE OF OUTCOME RECEIVED     DISPOSITION
                                    N/A

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ N/A | N/A |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED   ☐ WAIVED BY INMATE | ▶ N/A | N/A |
| ☐ ASSIGNED   DATE: N/A   NAME OF STAFF: N/A | | |
| ☒ NOT ASSIGNED   REASON: Inmate (does not meet) the criteria per CCR Title 15 § 3315(d)(2) | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED   ☐ WAIVED BY INMATE | ▶ | |
| ☒ ASSIGNED   DATE: 5/20/07   NAME OF STAFF: C/O R. Montez | | |
| ☐ NOT ASSIGNED   REASON: Inmate does not meet the criteria per CCR Title 15 § 3315(d)(1) | | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE   ☐ STAFF ASSISTANT   ☐ INVESTIGATIVE EMPLOYEE   ☐ OTHER ____   ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| M. CHANDLESS | ☐ | ☐ | | ☐ | ☐ |
| C. ____ | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 05/20/07, I, Correctional Officer R. Montez, interviewed Inmate ABUNDIS, V-79678, regarding his CDC 115, Log #07/FD-05-012. I informed him of my assignment as his Investigative Employee to which he had no objections.

**DEFENDANT'S STATEMENT:** "No Guilty, I follow orders under Title 15, Safety and Security of the Institution it was your job discription and responsability."

**REPORTING EMPLOYEE'S STATEMENT:** "On Monday, May 07, 2007 at approximately 1740 hours, during chow release I was approached by inmate ABUNDIS, V-79678, DFB1-213L, in front of D-Dining. ABUNDIS stated that he needed to speak to someone about a problem with his cellie CROMMELIN, K-21954, DFB1-213U. I asked what the problem was? ABUNDIS stated, "I know him from the streets. I had a problem with an uncle on the streets and continues to bring it up. We squared off and almost came to blows. I asked ABUNDIS if he considered CROMMELIN an enemy and he stated "Yes". I escorted ABUNDIS to the MTA Clinic holding cell and and completed chow. At approximately 1850 hours, I escorted inmate ABUNDIS to the Captains office. Captain M. Spearman attempted to resolve the situation by having ABUNDIS and CROMMELIN talk in the Captains office. After approximately 20 minutes CROMMELIN said he would sign compatibility chrono's, but ABUNDIS wouldn't sign anything. I placed ABUNDIS in handcuffs and escorted ABUNDIS to the MTA for Medical evaluation prior to Ad-Seg Placement."

INVESTIGATOR'S SIGNATURE ▶ R. Montez, Correctional Officer   DATE

☒ COPY OF CDC 115-A GIVEN INMATE   BY: (STAFF'S SIGNATURE) ▶ C/O R. Montez   TIME 1445   DATE 5/20/07

CDC 115-A (7/88)                    — If additional space is required use supplemental pages —

Mr. Steve R. Abundis
D.O.P # V-79678  A-5-137L
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential. Legal
Mail

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
94102

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENERATED FROM
CALIPATRIA STATE PRISON

02 1A
0004627869
MAILED FROM ZIPCODE 92233
UNITED STATES POSTAGE
$00.58°
PITNEY BOWES
FEB 13 2008