DOC# C073661 SI (PR)   DATE: 2/25/08

Dear Sir   1 of 4

FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. My name is Steve Rene Abundis,
2. Currently in Calipatria State Prison,
3. filed (Amended Complaint) I'm requesting
4. my Hand Books I'm intitled to after
5. complaint Been filed. I have not
6. Received from your office nothing
7. on (litigants with out lawyer Hand Book)
8. I Requested for "two months" now? two
9. letter's Before this one. "Please" I do
10. need all Hand Books that can Help on
11. my case and the 1-6 that I'm inti-
12. tled to upon filing complaint.
13. Also sir, Request all Document from
14. original complaint Be added to (Amended
15. Complaint) thank you soon as possible
16. please Regarding Hand Book's!!!!

20. Mr. Steve Rene Abundis
21. C.D.C # V79678  A-5-137L
22. P.O. Box 5004
23. Calipatria, Cal.
24. 92233-5004

26. Docet # C073661 SI (PR)