TO: WARDEN     Does not meet criteria Emergency - 602

RECEIVED CAL APPEALS JUL 25 2007
RECEIVED JUL 24 2007
CDW OFFICE

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.     Category
1. _____     1. _____     _____
2. _____     2. _____     _____

Dcc# 807 3661 SI(PR)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| ABUNDIS | V-79678 | ASU | ASU-1-37 |

A. Describe Problem: On 7/19/07 TRYED to explain to MR. JADA A.W. about Past issue's with SQ.S.P complaint filed. Reprisals Reprisals taken By CDC staff Deletion of 812's safty concerns. IN Achives 030707 Number and Refusal to update Add any 812 IN SQ.S.P and P.V.S.P Do to Complaint and past issue by staff C.D.C. THIS NEEDS WARDEN Att: Do to MR. JADA A.W. stating I know you got low suit & Refused my safty issues. As AW to CAL IV makes this a serious Reprisal and indagered my life Here In Cal

If you need more space, attach one additional sheet.

B. Action Requested: 1. Retain AdrSeG. 2. Investigation I.G.I ON 812 Enemy list Do title 15. 3. Enemy list you/Confidental Copy of All Names for Record for Future Problem's.

Inmate/Parolee Signature: Stu Abundis     Date Submitted: 7/22/07

RECEIVED CAL APPEALS JUL 25 2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**FILED**
Staff Signature: _____     Date Returned to Inmate: MAR 03 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

**SCREENED OUT**    AUG 0 1 2007

Pursuant to penal code 148,6 S32.18
Refer: log: # cal-A-68-00081 [Reviewer] [conduct]

RECEIVED CAL APPEALS JAN 2 8 2008

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: ABUNDIS   NUMBER: V79678   ASSIGNMENT: A-S   UNIT/ROOM NUMBER: 137L

A. Describe Problem: [Inmate Appeals] on 1-15-08 i Receive your memorandum on my Appeal/1858-form Dated 01/04/2008 my Appeal and 1858-form was [not] attached to your [Inmate Appeal assignment notice] which unable's me to proceed to next level [Appeal log number # CAL-A-08-00081 Another [violation] of [same issue] no Regard for legal mail By said staff member C/o miss Armstrong A-S 2nd watch or any regard for Appeal 602 procedure's, she worked on day of this violation. I [Reassrt to original Contention's] Request second level Review

If you need more space, attach one additional sheet.

B. Action Requested: ① Request Appeal 602 / 1858 form - "All" copy's - log # CAL-A-08-00081 [c,d] ② [is] a [ "citerens complaint"] Do to C/o miss Armstrong misconduct and Being legal Doc- uments [court transcripts] Legal mail / Adverse - Effect on me ③ put her F

Inmate/Parolee Signature: Stan Abundis   Date Submitted: 1-16-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

Calipatria State Prison
Chief Deputy Warden's
JAN 2 4 2008
Received

CDC Appeal Number: _____

SCREENED OUT   JAN 28 2008

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | 1. _____ 2. _____ | 1. _____ 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: ABUNIS   NUMBER: V-79678   ASSIGNMENT: H-5   UNIT/ROOM NUMBER: 137L

A. Describe Problem: Writers Request! All Documents on my Debreifing? C.A.C New folsom state Prison? S.S.U Document's Sacramento? I'm intitled to full Packet of Validation and Debreifing! Safty Sed. to my self. Do te it Having Adverse/Effect on my custody and sed. title 15 § 3378 3378.1, 3378.2, In a Timely fashion All copy's and Responded on 602 for my Records.

If you need more space, attach one additional sheet.

B. Action Requested: 1) Receive all "copy" to Validation/Debreifi-All Documents C.D.C/S.S.U Safty Sed of my Self. And institution, Receive Response on 602 within time limit and Trust Account with Draul Enclosed. Delivered By:

Inmate/Parolee Signature: _____   Date Submitted: 1-7-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 1-7 20 08

To: Warden          Approved _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

V-79678
NUMBER

_[signature]_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE  Copy's Deposition and Validation Documents

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME _____
ADDRESS _____

PRINT YOUR FULL NAME HERE

STATE OF CALIFORNIA
CA-22 (9-92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 1-7-08 | MRSS Brown | ABUNDIS | V79678 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| A-5 | 137L | " " | | " " | " " |

| OTHER ASSIGNMENT-SCHOOL, THERAPY, ETC.: | ASSIGNMENT HOURS FROM | TO |
|---|---|---|
| / / | " " | " " |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Endorsed 11-5-07 = KVSP title, is! 3379(5)? Sent to 602 C-complaint next /Also "All (legal mail) and 602 is being handled "unprofessional" will contact (Internal-Affairs) if continues (court transcripts - complaint - Abstract Judgement - Sentencing) CDC's

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                    DATE

DISPOSITION

Consider c/o Armstrong "violated" federal-law's Legal mail with fallen Documents from Court attached to 11-1-07 "602" "R.[C c R A]" Ramirez Response was 12-16-07. "I" received 60 attached legal Documents, Court transcripts ect. on 1-3-08 which she stated c/o Armstrong "you" gave to Me with "no - envelope"? Violated title 15b Rules Regulat manual — federal law — And my saft and sed. Request Response on this form.

Respectfully
[signature]
1-37

8 JAN -8 A11:27

STATE OF CALIFORNIA  
CDC 1858 (2/97)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITIES STATEMENT

PURSUANT TO PENAL CODE 148.6, ANYONE WISHING TO FILE AN ALLEGATION OF MISCONDUCT BY A DEPARTMENTAL PEACE OFFICER MUST READ, SIGN AND SUBMIT THE FOLLOWING STATEMENT:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND, AFTER INVESTIGATION, THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| STEVE ABUNDIS | [signed] | 1-7-08 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | Date Signed |
| Steve ABUNDIS | [signed] | V79678 | 1-7-08 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |
| | | | |

DISTRIBUTION:  
ORIGINAL –  
Public – Institution Head/Parole Administrator  
Inmate/Parolee – Attach to CDC form 602  
Employee – Institution Head/Parole Administrator  
COPY – Complainant