FILED
MAR 13 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT

DOC# C073661 SI (PR)
Amended Complaint - 1st

RECEIVED
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 of 1

1. Office of the Clerk
2. Enclosed is Amended (Defendant
   proceed with
3. to [Original Amended Complaint #1] C073661 SI (PR)
   enclosed
4. and Amended Document. Also i'd like to
5. go on Record with (Amended complaint #1 · original)
6. and add All Documents from original complaint
7. to ("original"-Amended Complaint #1) and add
8. Additional Defendant to ["original" - Amended
9. Complaint #1.] I like to go on Record. Do to
10. me useing "Amended complaint Defendant"
11. instead of wording it as Additional Defendant
12. and Additional Documents to [original Amended
13. Complaint #1.] IF in error? Please proceed
14. with original (Amended - Complaint #1) and
15. if possible would like to know if Documents
16. Are Received? And Receive my HandBook's and
17. other 1-6 Book's that i'm intitle too after
18. fileing Complaint? in your court · that i'm
19. charged for $350.00 to file in your court ·
20. Atleast forward HandBook 1-6 Books info
21. and (Litigants with out lawyer HandBook) so
22. i can proceed with my case properly · thank
23. you! ("Paper-Back) HandBook's? and ok Remove
24. Hard plastic from side? So i may receive
25. HandBooks for my case in your court! Also
26. Soon as possible · (Summons · Defendants) Respectfully
                                    Request
27. 3/9/08 (Request summons · forms)     [signature]

**Re-Issue CDC-114-D**

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 9/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE — CENTRAL FILE
BLUE — INMATE (2ND COPY)
GREEN — ASU
CANARY — WARDEN
PINK — HEALTH CARE MGR
GOLDENROD — INMATE (1ST COPY)

**INMATE'S NAME:** ABUNDIS
**CDC NUMBER:** V79678

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT

You were originally placed in the SQ-ASU on 5/27/05 based on a local enemy. The reason for your ASU placement has changed. You have claimed that you cannot be safely housed in the San Quentin Special Program Unit due to your allegations of Staff misconduct. Therefore, you will remain in the ASU pending investigation by the SQ ISU into your allegations. ICC will review your case for appropriate housing and program assignments.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: ____

DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE
DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEES NAME | TITLE |

IS THIS INMATE:
- LITERATE? [ ] YES [ ] NO
- FLUENT IN ENGLISH? [ ] YES [ ] NO
- ABLE TO COMPREHEND ISSUES? [ ] YES [ ] NO
- FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? [ ] YES [ ] NO
- DECLINING FIRST STAFF ASSISTANT ASSIGNED? [ ] YES [ ] NO

- EVIDENCE COLLECTION BY IE UNNECESSARY [ ] YES [ ] NO
- DECLINED ANY INVESTIGATIVE EMPLOYEE [ ] YES [ ] NO
- ASU PLACEMENT IS FOR DISCIPLINARY REASONS [ ] YES [ ] NO
- DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES [ ] NO

Any "NO" requires SA assignment    [ ] NOT ASSIGNED
Any "NO" may require IE assignment    [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY ____  [ ] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE
CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | DATE OF REVIEW

See Chronological Classification Review document (CDC 128-G) for specific hearing information