Mr. Steve R. ABUNDIS
C.D.C. # V-79678   A5-137L
P.O. Box. 5004
Calipatria, Cal.
92233-5004

Confidential legal mail

3/11/08

GENERATED FROM
CALIPATRIA STATE PRISON

UNITED STATES POSTAGE $00.41⁰
PITNEY BOWES
02 1A   MAR 11 2008
0004627869  MAILED FROM ZIP CODE 92233

Office Of Clerk
U.S District Court
Northern District of California
450 Golden Gate Avenue
San Fransisco, Cal.
94102