Case 3:07-cv-03661-SI   Document 24   Filed 03/17/2008   Page 1 of 5

3-15-08

Add: Information to 42 U.S.C 1983 complaint
Doc# C073661 SI(PR)

RECEIVED
MAR 17 2008
FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On or about 5-27-05 i was put in a State Prison. my Abstract of Judgment is NOT why i'm in Prison or Charge with in Complaint July 2003 it is a big Safty Concern 8th Amendment and also has had a "big" impact in my Custody and Wilfare (Safty) I'm sending a 602 Complaint that was intentionally "Screened out" than Devieted from orgenal Complaint. This as you can see has Been C.D.C intentional Harressment and use of there State Job! I informed a Miss. Brown A-5· Calipatria State Prison Counseler she Refused to Correct issue. Told me to Contact Records I did and result was 602 Appeal and until this "Date" my Safty is Being Jeoperdized By C.D.C "Staff" I'm in Prison on a fake Charge/ "Cht.-1" is diffent from Complaint Charge and Penal Code and Years i received is i violation of my 8th Amendments and Constitutional Rights (SAFTY CONCERN) Refere to Appeal on Abstract of Judgment Request Court to Contact Hayward Ca. Court to retreive info on Court Complaint Charge and Abstract of Judgment Charge-1/ 8 years. As you can see theres a major Problem with C.D.C Staff on Documentation and in Complaint. This is Requested to Be added to Complaint Do to Safty Issue 8th Amendment and Constitutional Rights. And ask the Court to Oder C.D.C to fix Correct Abstract of Judgment Sentencing Document. I filled out another Appeal 30 days ago no Response on Safty issue! C.D.C Needs to Comply with State Laws on Abstract of

Judgment/charges information they receiver from court. And correct my Enemy list and to "STOP" actin under Color of state law to indanger my life. Because of this action By C.D.C caused me and my Mother, children, ex wife, son mother and family great stress fear Do to It Being Peace officers in a G.D.C Prison and staff unwilling to stop Probem or order staff to correct (Safty issue's) End of statements

*[signature]*

Doc.# C073661 SI(PR)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

SQ

1. _____    1. _____    _____
2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: ABundis S.    NUMBER: V-79678    ASSIGNMENT: ad-SeG Director Corrections    UNIT/ROOM NUMBER: 1-C-13

J. Evans

A. Describe Problem: On 1-4-06 i filed complaint against C/O-1 ~~Evans~~ / C/O-2 ~~Davis~~ it was given to Counelor-miranda Here in San Quentin before i went in to I.C.C a squad came to my cell on 1-11-06 same thing about whats going on with attitude towards me C/O palmer IGI Stated will chat later tomorrow i said with attitude like that i got nothing to say to you! Document my 602 Complaint so i can forward it to you! no interview no Response to my 602

If you need more space, attach one additional sheet.

B. Action Requested: 1o Went threw procedures no response violating appeals process. 2o Need it Documented in case any further criminal behavior by Staff, also got witness's to every violation ~~to~~ I mentioned, want it Documented do to ongoing problem by Staff.

Inmate/Parolee Signature: Stu Abundis    Date Submitted: 1-18-06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I received appeal attach form from Sacramento It stated to send to appeal coordinator Directly. the response I got was the above no response I'm dissatisfied, Request written response see attach paper cheif appeals

Signature: Stu Abundis    Date Submitted: 5-4-06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Doc # CC7 3661 SI (PR)

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                  Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Not being responded to on 602 C-complaint form. No investigation. This is reason I sent form to Sacramento and Sacramento stamped and sent mem., so it gets addressed! professionally.

Signature: _____ Date Submitted: 5-9-06

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
                                                              Date: _____

CDC 602 (12/87)

Adverse affect Forwarded; as a — 832.15 C/complaint
Attach p858 T6S

RECEIVED CAL APPEALS FEB 01 2008

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Calipatria State Prison Chief Deputy Warden's

RECEIVED JAN 30 2008

| | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

**NAME** ABUNDIS **NUMBER** V-79678 **ASSIGNMENT** ASU **UNIT/ROOM NUMBER** A-5-137

**A. Describe Problem:** complaint — TO: WARDEN CAL IV first my commiatment charge on Abstract of Judgment is not why I'm Here on Tryed to tell counselor no Help? tryed to 602/complaint to Records No Response! sent issue to you never makes it to you violation to title 3141 C,3, (confidential mail) I'm not Here for what you got written down on Abstract of Judgment need response for Court purpose's It is Illegal for me to Be Here for something I'm not, this Has a Adverse affect on me on my (status/custody) And on my welfare-safty issue's-poss law suit!

**B. Action Requested:** (1) Correct Abstract of Judgment from court (2) written Response for lawyer, (3) not Receiveing legal mail Do to Reprisal's Request your personal Intervention, on this matter, thank you SFR.

Inmate/Parolee Signature: _____ Date Submitted: 1-29-08

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

SCREENED OUT   FEB 0 1 2008

Doc# C07366I SI (PR)