Doc. # C073661 SI (PR)
3/15/08

RECEIVED MAR 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
FILED MAR 19 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

of 3

1. my self and others. He is able to (interven
2. and stop) this use of a state Job By Him
3. others in C.D.C His Refusal to act on His
4. employee's (correctional Guards) to stop this abuse
5. misconduct By C.D.C. I (Told) Him of
6. enemy concerns unlocated on 128 G By
7. Mr. D.W Brown I sent to your office for Docu-
8. mentation Mrs. Brown stated all indentified
9. according to 128 G she is a (lier) as you can
10. see. And Mr. Junda is liable under 42. USC.
11. 1983 Cival Rights action. End of Statement.
12. Note! Enemys was inmate PEDIA aka Derrilllo Gange name-ajala
13. city Eilrey also known in (santa clara) was in PVSP 2006/SQSP 2005
14. and others enemy's names in complaint.
15. Cit: Smith v Ross, 482 F 2d 33, 36 (6th cir. 1978)
16.    accord, estelle v Gamble, 429 U.S. 97, 106, 97 S.Ct
17. Cit: Al-Jundi v. Mancusi, 926 F 2d 235 240 (2d cir.
18. 1991) (supervisor who either new of Brutality or
19. purposly avoided finding out about it could Be
20. Held liable
21. Cit: Williams v Smith, 781 F 2d 319, 323-24 (2d
22.    cir. 1986)
23. cit: Smith v Rowe, 761 F 2d 360, 369 (7th cir. 1985)
24. Cit: Hudson v McMillan (1992) 503 U.S. 1 [112 S.Ct.
25. 995; 117 L. Ed. 2d 156]; Rhodes v Chapman
26. (1981) 452 U.S. 337, 347 (101 S.Ct. 2392; 69 L.Ed.
27. 2d 59).
28. Cit: Hoptowit v Ray (9th cir. 1982) 682 F.2d 1237, 1246.
    Cit: See West v. Atkins, 487 U.S. 42, 48 (1988)

2 · of · 3

1. cause "fear" to my mother that has had
2. issue with CDC on (Record court) And
3. my uncle got set up here in 2000-2002
4. By same CDC staff [uncle name! MR. Ernest Rodriguez]
5. that informed me that these CDC employees
6. new I called Internal Affairs And made threat
7. in statement towards Him Regarding (me). However
8. MR. Janda stated to me "ain't telling I.G.I. and
9. done enough and I no you got law suit
10. pointed at His name plate with state a mind
11. to cause Harm." with other I.C.C. members
12. and correctional Guard present. I told MR.
13. Janda of Harrassment By Correctional Gard
14. C/O mannings and others Do to complaint
15. and past issues. On 2-21-08 I was seen
16. Again By mr. Janda AW and Correctional
17. Counselor Miss. Brown I informed Him of
18. Same situation still a few unknown Enemy's
19. See additional doc. 128 enemy list very unpro-
20. fessionally done! Didn't follow none of infor-
21. mation on my report Didn't check fact prisons
22. told them names, city, age, Hight, sentence,
23. gang status last prisons still tryed to say
24. couldn't locate some and i was presently in
25. person there and was told and seen some on
26. movement. He attempted to Release me But i
27. told Him I want to speak to I.G.I He Refused
28. and stated set Here and wait. Been waiting
    sense 11-5-07 violation title 15th Reprisals.

Confidential Filed (margin note)

Docet # C073661 SI (PR)        1 of 3

Add. Document and as "statement"!!
~~Additional Defendant~~ Amended to complaint .A.

2. DEFENDANT MR. JANDA A.W CAL. IV California
3. State prison employed By Warden Calipatria
4. State Prison State California

6. On 7-19-07 I was seen in I.C.C Committee
7. By Mr. JANDA A.W Calipatria State Prison
8. And a Mr. D.W Brown CCI Counselor A.S CAL.
9. IV And other member of committee. I told
10. A.W Mr. JANDA of situation in San Quentin
11. and Pleasant Valley prison's about to being
12. thrown on P.V.S.P A-Yard with known enemy's
13. that San Quentin refused or neglected to
14. put in enemy list 812 confidential file.
15. As well as Pleasant Valley C.D.C. employee's. Also
16. check C.S.R. transfers in old D30707 number
17. to retrieve information than contact Internal
18. Affair's Sacramento on C.D.C D30701 Regarding
19. issue's with these prisons with me and my
20. Uncle Mr. E. Rodriguez. However Mr. JANDA
21. Refused intentionally Regardless of 8th Amend-
22. ment Right. And attempted two times and
23. wrote me up 115's and put program failure to
24. make this seen to your court as well to
25. other CDC staff that I refused only. This
26. is a ~~continually~~ action being done under
27. the color of state law Atkins V West
28. is a mean to Harress and Harm me and

Confidential