

Mr. Steve L. ABUNDIS
C.D.C. V-79678  A-5-137<sup>L</sup>
Po Box 5004
Calipatria Cal.
92233-5004

Office of the Clerk U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal, 94102

9/4/62

confidential legal material