Doc# C073661 SI(PR)   DATE: 3/20/08

Dear Clerk   1 of 1

1. My name is Steve Lene ABUNDIS CDC# V79678
2. currently Housed in Calipatria State Prison
3. this Regarding a Defendant Mr. Janda A.W
4. I'm Requesting that Document be ~~Amended~~
5. put as a Documentation legal Doc'.
6. in Complaint C073661 SI(PR). It
7. was intended to be filed as a "Document"
8. not as "Defendant" i forgot to correct
9. Defendant and put legal Document as i
10. corrected above Defendant on the statement.
11. Please correct error on Document Re-
12. garding Mr. Janda A.W Calipatria IV
13. State Prison. End of statement

Steve Lene Abundis
V-79678
Doc# C073661 SI(PR)

**FILED**
MAR 24 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAR 24 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# CDC V-79678