

Steve Rene ARANDis  V79678
CDC V79678  A-S-137L
PO Box 5004
Calipatria Cal
92233-5004

Confidential legal
mail

3/20/08

Office of the
District Court,
Northern District California
450 Golden Gate Avenue
San Francisco, Cal.
 94102.