04 03 08

Dear Judge, Clerk office

my name Steve Rene ABUNDIS Doc.# C073661 SI(PR) I Have a Amended complaint in your court. I Have two Defendant in Calipatria state prison in my complaint law suit. They do have aggresive Attitudes and been denieing I.G.I to investigate unknown enemy on record. that is in law suit. Today a C/O Alba for co worker/ Defendant attempted to put a on (classified) inmate in my cell. Do to staff Reprisals and attepted set up in San Quentin Prison — Pleasant Valley state prison that they continually violate my 8th Amendment Right with unprofessionally correcting my safty issue's. Been Here 9-month waiting on transfere? violation title 15 D Also other safty issue's such as my ABStract of (Judgement - Prison commitiment- Determinates) Being "Driffrent" on charge 1.# 8 years charge 1. on (Complaint) is Diffrent than charge (one) #1. on (ABStract Judgement - Prison commitiment). Determinate. which IS on "Second" 602 Apleal "NO Reply" on 8th Amendment Violation+ constitutional violation. Really need court intervention Do to High staff stateing no you got law suit and with past problems. Which leads to Harressment and more serious issue's is reason behind law suit complaint! safty - sed. issue's request your order transfere do to Defendant's (two) Being in Calipatria Prison safty issue., end of statement thank you God Bless!

Sincerely

Steve R. Abundis

Note: Requested I.G.I in I.C.C Jan, ? Febuary 2008 told [A.W Mr. JANDA] Calipatria state Prison.