

Mr. Steve R. Abundis
C.D.C. J-79678  A-S-137L
P.O. Box 5004
Calipatria, Cal.
92233-5004.

Legal Mail
n/a.

Office of the Clerk U.S. District
Court
Northern District Court
450 Golden Gate Avenue
San Francisco, Cal.
94102.