Doc: C073661 SI PR

FILED
RECEIVED

APR 11 2008
APR 11 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear, Clerk

my case Number is  C073661 SI (PR)
Steve Rene ABUNDIS   I'd like   Demand for
"JURY ~ Trint"  After  All  witness's  Has  been  subPenn
By  your  office! Names Address; Have sent to Your
in my original complaint. And ask for all Documents,
and letters be forwarded to my Amended complaint.
for court Purpose's! Be imformed as to my status
on court comtlaint? be fowarded 6 # Book's i'm intitled
when fileint complaint and be forward [Pro Per
litibant with out a lawyer Hand Book] Papel Back
or copys of lapel's !? I Have written several letters Have
not Received anything and my ReQuest is for court
Purpose's lebal issue's ? Been month ½ now, in
Need of Book for imformation on what I need to
Do Next for court. Very important! thank you.

Sencerly
Steve R. Abundis

C.D.C # V 79678   A-5 -137 L
P.O. Box 5004
Calipatria   Cal
92233-5004

Doc. # C073661 SI (PR)