

Mr. Steve R. Abundis
CDC. V-79678  A-5-137L
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential
Legal mail
4-11-08

9410243661 CC04

Office of the Clerk, U.S District
Court
Northern District California court
450 Golden Gate Avenue
San Francisco, Cal.
. 94102 .

GENERATED FROM
CALIPATRIA STATE PRISON

02 1A
0004627869
MAILED FROM ZIP CODE 92233
UNITED STATES POSTAGE
$00.41⁰
PITNEY BOWES
APR 09 2008