RECEIVED
APR 21 2004
APR 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Deal, Sir

I Have a ReQuest in your
court sence Fall 2008 Amended complaint Co73661 SI (PR)
I Have ReQuested following Items information
Received from other pro per litigant and prison
(law office) I Need Northern District pro
per litigants with out a lawyer Hand Book
(Paper Buck) or (copys) I'm Ad-Seh. unit personel:
and other Hand Book 1-6 Items i get after
filing complaint, I Have ReQuest legal
material sence January 2008, Have not
Receive anything from your (court "PR" clerk's!!
office! Again "Please" send (pro per litigant
Hand Book) and other Hand Book Paper Back !!!!
that I'm intitled to. thank you SIR, Miss this
Has Effect on me IN following my cases
I'm (pro per litigant) (Co73661 SI(PR)
thank you God Bless

soon as poss."

thank You

Steve Rene ABUNDIS
GDC V-79678   A-S-132
P.O. Box 5004
Calipatria, Cal.
92233-