

Mr. Steve R. ABUNDIS
C.D.C# V-79678
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential Legal
Mail

GENERATED FROM
CALIPATRIA STATE PRISON

U.S District Court
Northern District California
450 Golden Gate Avenue
San Francisco, Cal.
94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004627869
$ 00.41⁰
APR 17 2008
MAILED FROM ZIPCODE 92233

9410213661 0004