1 of 1

*C073661 SI (PR) "Document"   RECEIVED

APR 2 1 2008
APR 9 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1. OF. 1

Dear, Judge

1. SIR filed COMPLAINT ON JULY 2007
2. Received complaint was Dismissed with ( leave to Amend) I
3. Amended complaint feb 2008 ( my Request is court Subpena
4. All Defendant's in court case. C073661 SI(PR) I Also would
5. like to know Status on complaint Have not Heald any
6. thing from court, Defendants regarding court case,
7. THis case is a serious problem in C.D.C today! and my
8. Amended Complaint is part of what C.D.C Has done to me
9. mother, wife, and other female friends i was in re
10. lationship with, However time limitation past on serious
11. misconduct so same and other stuff Has gotten away
12. with criminal conduct! family complaints in court and
13. other agency's show's C.D.C criminal conduct that there
14. superior staff ignore, I'm a father of two children
15. carpenter By trade union sence i was 20/years old.
16. payed my taxie every time was out of prison or Jail.
17. church wed. sun. married and good family. Just so
18. your aware who i really am, my Juvinal History No/Contest
    (16 yrs old,)
19. CYA then transferd to C.D.C 17-years old my Adult History-
20. is no contest -plea's purpose of offer's! Also on Re-
21. cord I Have sent many letter Sence complaint been
22. filed on (original complaint) and (Amended complaint) regarding
23. my "pro per lisigant, without lawyer Handbook (paper Back
24. to Help me on case. Also my 1-6 Handbook ! information
25. that Every person who files Complaint Receive on Request
26. from Northern District court clerk office! Received Nothing!
27. Has Effect on my case! Please order HandBooks to Be Delivered
28. to me on MY legal mail Has Been a issue in C.D.C. ? Sincerly