MR. STEVE Rene ABUNDIS
C.D.C # V-79678  A-5-137ᴸ
P.O. Box 5007
CALIPATRIA, CAL.
-92233-

CONFIDENTIAL LEGAL
MAIL

Retaining "Request"
As Soon As Poss.!

GENERATED FROM
CALIPATRIA STATE PRISON

Office of the CLERK,
NORTHERN DISTRICT COURT CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CAL.
-94102-

02 1A
000462786.9
MAILED FROM ZIPCODE 92233

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
APR 18 2008