1 of 4   4-22-08

RECEIVED
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Doc. C073661 SI (PR)

Request legal Documents to Re Put in case file Doc.# C073661 SI(PR) with Amended 1st Complaint filed Feb. 2008. I would like update on case status! Also want Documents I sent about 4-letters to Court Northern District Regarding,, my "litigants with out lawyer Handbook Paper Back! To Better assist me on case. I Have informed you of Problems Regarding U.S legal Postal mail. Forwarded as statement.

x Sincerely
[signature]

Received "no" litigant with out lawyer HandBook or 1-6 Handbook - information forms after filing complaint in Northern District court. As of 4-22-08

FILED
APR 2 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Matthew L. Cate, Inspector General*                                                    *Office of the Inspector General*

July 25, 2007

Steve R. Abundis V-79678
Pleasant Valley State Prison
P.O. Box 8504
Coalinga, CA 93210

Dear Mr. Abundis:

Thank you for contacting the Office of the Inspector General. We take all complaints very seriously, and we will evaluate your concerns to decide if our involvement is warranted and necessary. Because of the high volume and complexity of the complaints we receive, however, it is not possible for our office to fully research, intervene, and respond to each complaint. Therefore, we will only contact you should we need more information.

The Office of the Inspector General oversees California's youth and adult correctional agencies at the state level only. We have no oversight responsibility for city, county, or federal facilities or agencies, so if your complaint is against one of those agencies, please contact that agency directly.

You may send future complaints to our office. However, you should first seek resolution by completing the formal administrative process, such as the CDC-602 Inmate/Parolee Appeal process, as we generally do not intervene in matters where administrative remedies are available. With any future correspondence to our office, please include copies of the agency's formal response to your concerns and your reasons for disputing that response. Be as clear and concise as possible in outlining your concerns and what action you want this office to take. Because we cannot return originals, only send copies of your documents.

After completing the formal administrative process, you may get further assistance by contacting the Office of Internal Affairs or the Ombudsman's office at the following addresses:

Office of Internal Affairs
California Department of Corrections and Rehabilitation
P.O. Box 3009
Sacramento, CA 95812

Ken Hurdle, Lead Ombudsman
California Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 94283-0001

The Office of the Inspector General cannot act in the role of attorney, nor can we provide legal advice or assistance. If you need legal research, advice, or representation, we suggest you consult a private attorney to directly represent your interests. As an alternative, you can contact an advocacy or public-interest law group such as the Prison Law Office.

We hope this information has been helpful to you. We will consider the information you have provided when we conduct future audits, special reviews, and qualifications appraisals for California Department of Corrections and Rehabilitation top management. Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

*Legal Document #C073661 SI*

*Arnold Schwarzenegger, Governor*

P.O. Box 348780, Sacramento, California 95834-8780   Phone (800) 700-5952   Fax (916) 928-5974

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

516 Industry Way, Suite D
Imperial, California 92251
November 26, 2007

Steve Abundis, #V79678
Calipatria State Prison
P.O. Box 5004
Calipatria, CA 92233

Dear Mr. Abundis:

  Our office received your letter postmarked October 19, 2007 in which you allege violations of civil rights.

  The FBI investigates alleged civil rights violations which involve significant physical injury. If your allegation involves significant physical injury, direct a complaint letter to the FBI with specific information regarding the injury suffered, including:

  ✗ 1. The date, time, and details of the offense(s)

  ✓ 2. The names of the Correctional Officers involved

   3. The names of the inmates involved

  ✗ 4. The names of any witnesses

   5. A description of any injuries received by the victim inmates

   6. The type of medical treatment received by the victim inmates

*Legal Document*
*JX* C073661 SI-PT

Allegations of civil rights violations which do not involve physical injury should be directed to the Department of Justice, Special Litigation Section, Civil Rights Division, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

Sincerely,

Keith Slotter
Special Agent in Charge

By: *[signature]*
Mark A. Nichols
Supervisory Senior Resident Agent

2

*[handwritten annotation: Legal Document # CC73661 St(pc)]*