MR. STEVE A. ABUNDIS
C.D.C.# V-79678    A5 137L
P.O. Box 5004
Calipatria, Ca.
92233-5004

Confidential Legal
Mail

GENERATED FROM
CALIPATRIA STATE PRISON

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca.
94102