CONFIDENTIAL

C-07-3661-S.I (PR)                          DATE: 4/27/08

Dear, office of clerk  1 · of · 1

1. I like to file motion of
2. Default of Judgment. Do to (C.D.C) and
3. staff members not responding to complaint.
4. Local Rule 55.(c) I'm (pro SE litigant)
5. Informas paupis complaints was mailed
6. 2/2008 signed Calipatria state prison B/build.
7. Cal IV A-5 Ad-seg. unit. Request Default
8. of Judgment on Defendants. This forwarded
9. as (true statement) signed on 04-27-08.

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C.D.C. V-79678

Added TO: Amended
Complaint (1.) Docket # C07 3661 SI (PR)

Request: summons and all my
signature for summons