

Steve Rene ABUNDIS
C.D.C. # V-79678  A5-137L
P.O. Box. 5004
Calipatria, Cal.
92233-5004

Confidential legal
mail

4-27-08

Office of the Clerk
U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
94102