# SUMMONS
## (CITACION JUDICIAL)

**FILED MAY 09 2008**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

982(a)(9)

**NOTICE TO DEFENDANT:** *(Aviso a Acusado)*

MR. MIRANDA correctional counselor S.Q.S.P C.D.C.
MR. D.D. REEVES correctional SGT. P.V.S.P C.D.C
MR. STOUT correctional counselor P.V.S.P C.D.C
MR. ALLISON correctional counselor P.V.S.P C.D.C
MR. SPEARS correctional Actin CAPT/LT P.V.S.P C.D.C
MR. BROWN correctional counselor CAL. IV Calipatria C.D.C
MISS. BROWN correctional counselor

**YOU ARE BEING SUED BY PLAINTIFF:** STEVE. RENE. ABUNDIS
*(A Ud. le está demandando)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

---

You have 30 CALENDAR DAYS after this summons is served on you to file a typewritten response at this court.

A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case.

If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte.

Una carta o una llamada telefónica no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso.

Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosas de su propiedad sin aviso adicional por parte de la corte.

Existen otros requisitos legales. Puede que usted quiera llamar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico).

---

The name and address of the court is: *(El nombre y dirección de la corte es)*

U.S. DISTRICT COURT
NORTHERN District California
450 Golden Gate Avenue
SAN FRANCISCO, CAL. 94102

**CASE NUMBER:** *(Número del Caso)*
C073661 SI(PR)
Amended. 1st Complaint

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

MR. STEVE RENE ABUNDIS C.D.C. V79678 P.O. Box 5004 Calipatria, CAL. 92233-5004

DATE: _____  (Fecha)
Clerk, by _____ (Actuario), Deputy (Delegado)

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (individual)
           ☐ other:

4. ☐ by personal delivery on *(date)*:

Form Adopted by Rule 982
Judicial Council of California
982(a)(9) [Rev. January 1, 1984]
Mandatory Form

(See reverse for Proof of Service)
**SUMMONS**

CAUSE OF ACTION — WEST GROUP
CCP 412.20