C073661 SI(PR)

Dear Sir, miss

C073661 SI(PR) I'm a pro se in Northern District Court. This is my third letter requesting litigant without lawyer Handbook and I-6 Handbook and legal form I'm intitled too, after filing in your court my Amended Complaint (1) filed 2-2008 was sent to Northern District Court San Francisco. I still have not received any of the above request? Handbook prisoners right and Handbook prisoners third edition states you will send me a ~~pro~~ litigant without lawyer Handbook for us pro si litigants. Also a friend said when you file you receive Handbook - forms to prosue your complaint. At this time 5-19-08 I have received Nothing! this is and has a great effect in my court complaint. "Please" send threw [legal mail] do to my complaint being filed against C.D.C Employee's and misconduct being reported to court regarding [legal-mail] thank you soon as poss. "Please" this is again third letter!

Sincerely

[signature]