Mr. Steve Z. Brundis
C.D.C. # V-79678 A5-137L
P.O. Box 5004
Calipatria, Cal.
92233-5004

Confidential Legal Mail

GENERATED FROM
CALIPATRIA STATE PRISON

MAILED FROM ZIPCODE 92233
MAY 14 2008
$ 00.42⁰
PITNEY BOWES
02 1A
0004627869

Attn: clerk of the court
U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Cal.
94102