C 07 3661 SI (PR)
Docet Number

5/29/08

FILED
JUN 0 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear, Sir.

my name Steve Rene ABUNDIS # V79678 I got court complant in san Fransico Court. my new Address is At:

High Desert state prison
Name: Steve Rene ABUNDIS
CDC # V-79678 B-5-204U
P.O. Box 3030 Susanville, Cal.
96127

Im Informing you I was Just recently put on B-yard H.D.S.P with some enemys I told staff Had enemys, still forced me on yard Handcuffed On 5-27-08 put me in cell against my will told B.S. Counselor of Reprisals whes put on yard. Also on 5/28/08 faceB I told staff of [Ortiz from sacramento being one of my old enemys and Cordoza] forced me in cell.

X [signature]
5/29/08

Note:
Also Informed B-5-
C/o MR. Young Higt
Desert state prison
of me and my cell partner!
problems threaten
my life threaten to
Hit me Dio stuff Fee
Guards He said I'm
past need Ad/seg
placement getting
Reprisals De to Complaints