HIGH DESERT STATE PRISON
NAME Steve A Brun Dis
C.O.C # V29698 BED: B-5-32Up
P.O. BOX 750 SUSANVILLE CA 96127

B5

US POSTAGE
$00.420
06 02 2008

Clerk
Court
Northern District California
450 Golden GATE Avenue
San FRANsico, Cali.
94108