Dear, Honorable Judge                                              6-11-08

My case Number: C07366l SI (PR)

I'm now in Northern court San Fransico on my court case I'm no longer in Calipatria state prison Sir I Been sent to High Desert state prison. I told Correctional officer Mr. Morgan B-5 H.D.S.P of Rodriguez also known as Broadidrick from Hayward California of Be a enemy in New folsom in years of 1992-1995 He made a weapon to stabb me But got into other trouble right Before. I told like Northern court told me to in original complaint # C073661 SI PR to let correctional guards Know of enemy on Yard I told counselor Mrs. Barker/Lopez B-5 H.D.S.P of two enemys told C/O Mr. Morgan told Sgt. S. Spalding wrote 128 left Rodriguez/Broadidrick off 128 and also told them of a Gonzalez/Ortiz out of Sacramento and San Fransico California told Pleasent valley. 2006-2007 I get Here inmate Rodriguez/Broadidrick AKA Wino city Hayward california is family member to court case I'm Here on today and Before and new tryed to do something to me on street in New folsom A-yard and now IS Here. You can contact my mother of situation IS Known enemy to "me" – family Christina Rodriguez
29371 Dixon St. #206
Hayward, Cal 94544

is witness i informed in three request slip's to correctional officer Mr. Morgan B-5 High Desert and correctional counselor B-5-H.D.S.P Mrs. Barker/Lopez of specific enemy and threat to my life and Sgt. Mrs. S. Spalding B-yard H.D.S.P of enemy on B-yard case to family I am Here for today and other enemy family issues on street threats to my life and fights on street.

Sir under 1st Amendment I'm under Reprisals Refusing to update my enemy on new C.D.C # V-79678 counselor Mrs Barker /Lopez acts like a person can't Have new enemy's put on record this is a straight threat danger to my life I'm new in fear of Being set up By staff C.D.C I Requested Ad-Seg placement while C.D.C staff Refused me Handcuffed me threw me in cell I told them of enemys on High Desert state prison I'm now in danger Sir – "Honorable" I done all I can under 3378 title 15 state's to tell staff of enemys and 8th Amendment under safty states to let you know and staff no C.D.C no Help no Ad-Seg placement for my safty needs your immediate intervention Before I get set up and Hurt in some way I Been threaten Sir of this situation today By Calipatria CDC staff. Please my life is in danger and Have a pending case in your court. Doc. # C073661 SI(PR) I've tryed everything Sir I'm Requesting Ad-Seg placement pending out come of court case and enemy list Be corrected counselor ate Refusing to Help with my enemy list and my safty is now in danger By Mrs. Barker counselor Mr. Morgan officer H.D.S.P.

Respectfully, Sir
Steve R. Abundis