Dear Honorable Judge                                             6-18-08
Docket# C07366I SI (PR)

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sir I written you many letters Regarding me Being intentionally set up By High Desert ~~Statcof California~~

1. Counselor Mrs. BARKER known as Mrs Lopez Correctional Counselor B-fac' 5-Block two Request slips ~ and 2/602 and one note aBout a RODRIGUEZ also known as Broadidrick city Hayward AKA WINO 5'6" / 5'5" late 30's Early 40's cell 230 229 5-Block B-fac'. at also in High Desert state prison B-yaRD He is a family member to 2003 court case Hayward Superior Court Honorable Judge mr. CLAY. He is family to CaBallero Susan and larry CaBallero even poss-got Robbery with family member larry CaBallero out of Alameda county. I told all this and that His a street (gang member) who use to cause me problems Sence 1990's in and out of prison. I Requested Do to all this and family to court case that I'm presently in prison for. I Requested Ad/seg for my safty and cause He threatin to stabb me if given a chance in county.

I told C/O mr. Young   B-yard   C/O mr. Holmes B-5- 6-16-08
          C/O mr. MORGAN   B-yard  5 Block
B-YARD -✗- Counselor Mrs. BARKER  B-yard known Mrs. Lopez
          SGT. S. SPALDING       B-yard
    ✗     SGT. MR. THOMPSON B-yard 6-16-08
         High Desert state prison

I told SGT's MR. Bake B-yard on 5-21-08 uppon arrival thrown in cell I'm in fear for my life under Reprisals wont talk to me aBout enemy or court case family member thats here told the under 8th Amendment 3378 title 15 Requested Him put in file Ignored Reprisals 1st Amendment violation I'm now

on a yard and tier and same Block as inmate Rodriguez also known as Broadidrick AKA Wino/Hayward city Cal. H.D.S.P 5-B-230 5'6" this is a danger to my life totally ignored sir 8th Amendment violation and 1st Amendment violation sir I tryed everything talked to everyone for 24 days ignored like law suits. Comments was By Sgt. S. Spalding and unknown Sgt. B-yard was is Dont care what Court says Hate some one Quating title 15 3378 to us. After that every day seen Rodriguez AKA wino inmate thats family to Caballero 2003 court case why i'm here told them B-yard 230 High Desert amenge a Gonzalez Also known as Ortiz San Fransico cal lives in Sacramento in B-yard High Desert state prison. Sence I came Back to prison i get no Help on enemy list totally ignored we aint running no check we say not on computer this sir needs your ammediate attention High Desert gots High Rate of set ups cell fights By staff Do to medicated inmates of enemys situation High Desert Has a High Rate of set up's sir. I Do feel there setting me up with Enemy i told them Is on my tier and Block and on same yard B yard. THis is a major set up sir C/o mr. Young C/o mr Morgan Sgt. Bare Sgt. S. Spalding Counselor Mrs Barker/Mrs. Lopez 5-Block B-yard High Desert this is a Straight set up sir with use of there Job told Counselor Mrs Baker/lopez that Rodriguez AKA wino in 5-Block is court case enemy and street enemy Sgt. Guards Did Nothing to Help. Please sir interven some way

I Got witness thats a christian SIR to "set up this SIR" By HIGH Desert prison Name Number — Eduardo Gutierrez F-52463 H.D.S.P.

CDC under Reprisals is indangering my life with use of there Job my cell mate Has witnessed my attempts to get to ad/seG SIR I do feaR for my life and safty I'm in High Desert state prison B-yard Request your Help. THIS IS a set up DO TO Complaint in your CouRt SIR Do something please.

Respectfully

Steve L. Abundis

Note: Inmate: IS Enemy and family to my CouRt case told all staff! (RODRIGUEZ) also know as (BreadidRick) out Alameda county Hayward cal. AKA: WINO 5'6" 5'7" late 30 Early 40's
Sentenced - forty Something years Robberys. SGT Mr. THompson still Refused me SAFTY - Ad/SeG I told them He IS there family to my CouRt case caBalleRO CDC IS useing there JoB to get me STABBED Because Complaint in your (CouRt)

STEVE Rene ABUNDIS
CDC # V-79678
B-5-204 L
P.O. Box, 3630
SusanVille, Cal.
96127

" " " H.D.S.P - GuaRDS - SGT - Counselors - GuaRDS B-5, I told All aBout Enemy (SiR) B-yard H.D.S.P

I Requested: Ad/SeG. told SGT. THompson/Counselor & MRS. BARKER H.O.SP B-yard 5-Block I told B-YARD SGT. MR. THompson of (RODRIGUEZ) B-yard H.D.S.P Also Known as WINO on Street out Alameda county Hayward, cal. is a family member too Susan CaBalleRO LaRRy caBalleRO out Hayward, cal. told SGT. MR. THompson B-yard High Desert State prison He stated many excuses SIR instead Ad-seG. Doing RIGHT thing under 8 th Amendment - 3378 title 15 safty Concern fear for my life C.D.C is trying to get me Hit on Reprisals!!